## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**HEIDI WICHTERICH and**
**KRISTOPHER WICHTERICH,**

        **Plaintiffs,**

**v.**

**BIOTE CORP., BIOTE HOLDINGS,**
**LLC, BIOTE MEDICAL, LLC, and**
**GARY S. DONOVITZ, M.D.,**

        **Defendants.**

**Civil Action No. 2:25-cv-00475**
**Judge Susie Morgan**
**Section E**
**Magistrate Judge Michael North**
**Division 5**

## AMENDED PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Heidi Wichterich and Kristopher Wichterich, by counsel, Brian J. Headley, Esquire, Matt Terrell, Esquire, and Gordon McKernan Injury Attorneys, who respectfully submit this Amended Petition for Damages pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, and hereby allege, upon personal knowledge, information, and belief, and upon reasonable investigation by counsel, that substantial evidentiary support exists or will exist after reasonable opportunity for further investigation and discovery of evidence, as follows:

### PARTIES

#### A. PLAINTIFFS

1.      Plaintiff **Heidi Wichterich** ("Heidi") is an adult individual and resident of Slidell, St. Tammany Parish, Louisiana.

2.      Plaintiff, **Kristopher Wichterich**[1] ("Kristopher"), the husband of Heidi Wichterich, is an adult individual and resident of Slidell, St. Tammany Parish, Louisiana.

#### B. DEFENDANTS

Made defendants, herein, are the following:

3.      Defendant **biote Corp.** is a Delaware incorporated company with a principal place of business located at 1875 West Walnut Hill Lane, Suite 100, in Irving, Texas.

4.      biote Corp. regularly and consistently conducts business in the State of Louisiana, and purposefully avails itself of the privileges of transacting business in the State of Louisiana.

5.      Defendant **BioTE Holdings, LLC**, is a subsidiary of biote Corp.

---

[1] In the original Petition for Damages, Kristopher's name was inadvertently misspelled as "Christopher."

6.      BioTE Holdings, LLC, is a Texas limited liability company with its principal place of business at 1875 W Walnut Hill Lane, Suite 100, in Irving, Texas.

7.      BioTE Holdings, LLC, has nine members, including Biote Management, LLC.

8.      The sole member and manager of Biote Mangement, LLC, is Gary Donovitz, M.D.

9.      Additionally, upon information and belief, Donovitz owns and/or profits from one or more trusts that are also members of BioTE Holdings, LLC.

10.     Defendant **BioTE Medical, LLC**, is a Texas limited liability company with its principal place of business at 1875 W Walnut Hill Lane, Suite 100, in Irving, Texas.

11.     BioTE Medical, LLC, is a subsidiary of BioTE Holdings, LLC, which is its only member.

12.     BioTE Medical, LLC was founded in 2012 by Defendant **Gary Donovitz, M.D**. ("Donovitz").

13.     biote Corp., BioTE Holdings, LLC, and BioTE Medical, LLC, are alter egos of one another such that an act by one is an act by all.

14.     The Defendant BioTE entities share a website, https://biote.com.

15.     The Defendant BioTE entities maintain identical officers, members of their Boards of Directors, and a single "Medical Advisory Board."

16.     As stated above, the BioTE entities also share a principal place of business.

17.     The Defendant BioTE entities also put forward the same information about hormones and hormone therapy.

18.     BioTE Medical, LLC, serves as the operating arm of BioTE-related entities, and, as such, is the sole revenue-generating entity under the BioTE umbrella.

19.     Once BioTE Medical, LLC, has generated revenues, those revenues then flow up to its parent organization, BioTE Holdings, LLC, and then again from BioTE Holdings, LLC, to its parent, biote Corp.

20.     When the BioTE entities established this corporate structure, BioTE Medical, LLC, immediately took out a loan of $150,000,000.

21.     Thus, BioTE Medical generates revenues that then flow up to the parent companies while simultaneously maintaining substantial debt.

22.     Based upon biote Corp.'s public filings, the BioTE entities do not – and, indeed, cannot – operate as independent companies.

23.     Indeed, biote Corp. refers to itself and its "consolidated subsidiaries" – including BioTE Holdings, LLC, and BioTE Medical, LLC – collectively as the "Company" or "Biote" in the documents that it files with the United States Securities and Exchange Commission.

24.     In those filings, biote Corp. does not distinguish in any way whatsoever between the operations or finances of any of the BioTE entities.

25.     Thus, unless otherwise specified biote Corp., BioTE Holdings, LLC, and BioTE Medical, LLC, are hereinafter referred to collectively as "BioTE."

26.     Donovitz is an adult citizen and resident of the State of Texas and a licensed obstetrician/gynecologist.

**FACTS**

**A.     BioTE's History**

27.     In or around 2009, Donovitz attended a "weekend warrior" seminar held by Dr. Gino Tutera ("Dr. Tutera") and his companies, SottoPelle North America, LLC ("SottoPelle NA"), and The SottoPelle Group, LLC (collectively "SottoPelle").

28.     At the seminar, Donovitz met Dr. Tutera and his wife, Carol Ann Tutera ("Ms. Tutera").

29.     At that time, SottoPelle was the reputed owner of certain copyrights, trademarks, and/or licenses relating to the use of "bioidentical hormone replacement therapy" ("BHRT") services and products, namely hormone-containing pellets to be implanted into patients.

30.     More specifically, SottoPelle recruited medical providers like Donovitz to join SottoPelle's roster of physicians who were trained on and administered the SottoPelle method of BHRT.

31.     The SottoPelle method of BHRT involved teaching physicians to treat patient complaints by addressing alleged hormone deficiencies with the use of implantable hormone-containing pellets.

32.     After attending the "weekend warrior" seminar, Donovitz became a part of SottoPelle's provider roster.

33.     Additionally, Donovitz, the Tuteras, and SottoPelle entered into an agreement in 2009 to allow Donovitz to engage in efforts designed to grow the SottoPelle program in Texas.

34.     On July 10, 2009, Donovitz, Dr. Tutera, and SottoPelle formed a Texas limited liability company known as SottoPelle Texas, LLC ("SP Texas").

3

35.     In August of 2009, SP Texas entered an "Intellectual Property License Agreement" with SottoPelle NA that authorized SP Texas to market the SottoPelle program to medical groups, physicians, and medical professionals in Texas.  Those medical providers would then enter into a Management Services and License Agreement with SP Texas to operate one or more hormone replacement treatment centers using the SottoPelle program.

36.     Donovitz, SP Texas, and SottoPelle stood to profit financially from the expansion of SottoPelle's provider network.

37.     To assure quality control and proper medical care for patients, Donovitz personally conducted the specialized training necessary for each physician or other medical professional to medically administer the SottoPelle program.

38.     At that time, Donovitz and his staff at SP Texas were directly responsible for the promotion, development, marketing, and sub-licensing of the SottoPelle program on behalf of SP Texas.

39.     In 2010, the Tuteras and Donovitz agreed to a plan to establish a national brand to expand the SottoPelle program outside of Texas that included hiring a "vice president of business development" and a "national sales team."

40.     Per the terms of the national expansion plan, Donovitz would be responsible for day-to-day operations.

41.     Donovitz then developed a national sales force to aggressively promote, market and sub-license the SottoPelle program on a nationwide basis.

42.     Donovitz hired Dan DeNeui to lead the national sales force and began training physicians in states outside of Texas.

43.     Training brochures, advertising material, and promotional items reflected the national SottoPelle logo.[2]

44.     As Donovitz engaged in his "aggressive" efforts to promote the SottoPelle program, the Texas Medical Board became aware of Donovitz's activities.

45.     In or around the beginning of 2011, Donovitz was charged by the Texas Medical Board with 1) failing to maintain adequate medical records for his patients, 2) advertising materially false claims or misrepresentations of material facts that cannot be substantiated, and 3)

---

[2] The facts described regarding BioTE's history and origins through SP Texas and SottoPelle are described in the Complaint filed by Donovitz and SP Texas against the Tuteras and SottoPelle on July 27, 2012, in the District Court of Harris County, Texas, Cause No. 2012-43062.

making representations likely to create unjustified expectations about the results of services or procedures.[3]

46.    The charges levied against Donovitz stemmed from his advertisement's claim that "bio-identical hormone pellet delivery system reduced the risk of breast cancer and was superior to transdermal hormone administration."

47.    The Texas Medical Board further charged that Donovitz had treated a patient with BHRT for testosterone deficiency even though there was "no laboratory evidence the patient had a hormone deficiency.  Additionally, [Donovitz] failed to perform and document the patient's history and physical examination."

48.    The Board found that Donovitz's "advertising in regard to bio-identical hormone pellet delivery system being superior to transdermal hormone administration in reducing osteoporosis and the risk of breast cancer was false advertising."

49.    The Board further found that Donovitz's "medical records were inadequate in explaining aberrant laboratory results and reasons that physical examinations were not performed."

50.    Notably, the August of 2011 Order against Donovitz was neither the first nor the last action taken against him by the Texas Medical Board.

51.    Rather, on October 6, 2006, the Texas Medical Board and Donovitz entered an Agreed Order stemming from Donovitz's affair with a patient and employee, which Donovitz acknowledged was a "grave breach of professional ethics."[4]

52.    The Texas Medical Board concluded that it was authorized to take action against Donovitz at that time based upon his "unprofessional or dishonorable conduct that is likely to deceive or defraud the public or injure the public."

53.    Despite the August of 2011 admonishment by the Texas Medical Board, Donovitz continued his efforts to market and sell the SottoPelle program of BHRT.

54.    In July of 2012, Dr. Tutera and SottoPelle demanded that Donovitz cease his efforts to expand his business outside of the State of Texas.

---

[3] The Agreed Order entered by the Texas Medical Board on August 26, 2011, is available online by searching Donovitz's license history through the Texas Medical Board at https://www.tmb.state.tx.us/page/look-up-a-license.

[4] The Agreed Order entered by the Texas Medical Board on October 6, 2006, is available online by searching Donovitz's license history through the Texas Medical Board at https://www.tmb.state.tx.us/page/look-up-a-license.

55.    On July 27, 2012, Donovitz and SP Texas filed suit against the Tuteras and SottoPelle alleging various causes of action and seeking temporary and permanent injunctive relief.

56.    On September 27, 2012, Donovitz changed the name of SP Texas to BioTE Medical, LLC.

57.    When Donovitz founded BioTE Medical, LLC, he did so with the specific intention of continuing his efforts to establish a national provider network that would provide BHRT through the use of implantable, hormone-containing pellets.

**B.    BioTE's Systems and Processes**

58.    Drawing from his experience with SottoPelle, Donovitz designed BioTE's business and patient offerings to function similarly.

59.    BioTE and Donovitz developed the "Biote Method" of BHRT, which is a comprehensive end-to-end practice-building platform that provides BioTE-certified practitioners with the components specifically developed for practitioners who offer hormone therapy services.[5]

60.    Specifically, as described above, Donovitz was personally responsible for developing the Biote Method.

61.    And during nearly the entirety of Heidi's treatment through the Biote Method, Donovitz was the Chief Executive, President, and guiding force behind all of BioTE's decisions.

62.    Donovitz was responsible for developing and delivering the training to BioTE's Certified Providers, including the training provided to Heidi's treating physician, Dr. Diana Clavin.

63.    Donovitz was also personally responsible for developing the materials to be presented to patients enrolled in the BioTE Method, including BioTE's treatment forms, brochures, pamphlets, and other explanatory materials.

64.    Thus, the representations described herein originated from Donovitz and were disseminated through BioTE, BioTE's representatives, or through Donovitz himself in several ways.

65.    In this instances, Heidi received treatment through the Biote Method from November of 2016 until her last pellet insertion on October 17, 2023.

---

[5] *See* BioTE press release dated May 26, 2022, entitled "BioTE Debuts as Publicly Traded Company Focused on Transforming Hormone Optimization Industry." *See also,* BioTE Form 10-Q Quarterly SEC Filing for the period ending March 31, 2024, at 21.

66.    From 2016 until BioTE went public in May of 2022, Donovitz was an officer of BioTE and served as its chief medical advisor.

67.    In that role, Donovitz was personally responsible for developing, revising, and educating practitioners about the Biote Method.

68.    Similarly, Donovitz was responsible for developing, revising, and instituting BioTE's Proprietary Dosing Algorithm, which informs providers whether and to what extent patients should receive hormone therapy.

69.    When BioTE went public in May of 2022, Donovitz entered into a "Founder Advisory Agreement" with BioTE.

70.    The Founder Advisory Agreement called on Donovitz to provide BioTE with "strategic advisory services" for a period of four years for an annual salary of $300,000 per year plus benefits.

71.    Additionally, when BioTE went public, Donovitz and the "Donovitz Family Irrevocable Trust" were the two largest owners of outstanding BioTE shares.

72.    BioTE and Donovitz became involved in litigation against each other shortly after BioTE went public.

73.    That litigation resolved in April of 2024, and the resolution included the termination of the Founder Advisory Agreement.

74.    The resolution also called for Donovitz to receive payments totaling over $76,000,000 through April of 2027 in exchange for the return of all of his personally held shares.

75.    During the entirety of Heidi's treatment through the Biote Method, Donovitz was personally involved in and responsible for establishing and promoting the Biote Method.

76.    To this day, BioTE continues to tout Donovitz's books in explaining the alleged benefits of the Biote Method.[6]

77.    The Biote Method includes the following elements: education on BioTE's particular guidelines for hormone therapy, training, and certification in the BioTE Method, practice management software to implement the BioTE Method, inventory management software to ensure

---

[6] *See* BioTE's website, https://biote.com/gary-donovitz-age-healthier-live-happier (accessed March 29, 2025).

7

sufficient supplies to institute the BioTE Method, information regarding available hormone replacement therapy products, digital marketing support, and point of sale marketing support.[7]

78. The Biote Method of BHRT involves the surgical implantation of hormone-containing pellets, usually somewhere around the upper buttocks, by medical providers who have been previously certified by BioTE to perform the procedure.[8]

79. The Biote Method calls for the use of pellets containing Testosterone and Estradiol in men and women experiencing "hormonal imbalance."[9]

80. BioTE generates the vast majority of its revenues by charging "BioTE-partnered clinics" and BioTE's "certified providers" contractually established fees for each and every pellet implantation procedure that occurs.[10]

81. BioTE's second-highest revenue generating activity is selling dietary supplements or vitamins that it sometimes refers to as "nutraceuticals."[11]

82. BioTE describes the Biote Method of BHRT as follows:[12]



---

[7]  *See* BioTE press release dated May 26, 2022, entitled "BioTE Debuts as Publicly Traded Company Focused on Transforming Hormone Optimization Industry." *See also,* BioTE Form 10-Q Quarterly SEC Filing for the period ending March 31, 2024, at 21.

[8]  *See* BioTE's website, https://biote.com/bioidentical-hormone-replacement-pellet-therapy/pellet-process (accessed on June 20, 2024).

[9]  *See* BioTE's website, https://biote.com/bioidentical-hormone-replacement-pellet-therapy/bhrt-pellets (accessed on June 20, 2024).

[10] *See* BioTE Form 10-Q Quarterly SEC Filing for the period ending March 31, 2024, at 10, 21.

[11]  *Id*. at 10.

[12]  *See* https://biote.com/clinician-training-certification

83.    First, BioTE recruits medical providers to take part in its "Didactic and Clinical Certification Training."

84.    BioTE recruits new providers in multiple ways.

85.    For example, on its website, BioTE offers links for medical providers to fill out an online form to "Become a BioTE Provider."  In so doing, BioTE explains that it "give(s) healthcare providers the resources they need to successfully implement bioidentical hormone therapy (BHRT) at their clinics.  Contact us to become a Certified Biote Provider."[13]

86.    In the online form, BioTE suggests various medical specialties or provider types that may be good candidates to join BioTE, including: 1) cardiology, 2) dermatology, 3) family practice, 4) functional/integrative medicine, 5) general medicine, 6) internal medicine, 7) "Med Spa," 8) OBGYN, 9) "Pain," 10) Plastics, 11) Urology, and 12) "Other."

87.    BioTE also invites members of the general public to "Nominate a Provider."  BioTE explains that "if a fellow health professional isn't in our network, and you think they'd benefit from learning about BioTE's method of bioidentical hormone replacement therapy, fill out this form and we'll contact them."

88.    Beyond the passive efforts on its website, BioTE aggressively seeks to add providers to its nationwide network through its "Sales/Business Development" team.

89.    BioTE's "Sales/Business Development" team includes at least the following employee roles:  1) Practice Development Manager (Sales/Account Management); 2) District Manager (Sales/Business Development); and 3) Senior Manager, Sales & Marketing Analytics.

90.    In each role, BioTE employees are specifically tasked with recruiting new providers to enter into a relationship with BioTE and to thereafter cultivate the relationship with providers to maximize sales.

91.    BioTE describes its District Manager position as follows:

We are looking for a driven candidate with the desire to recruit qualified physicians and practitioners into a partnership relationship with Biote; in order to provide cutting edge technology for bioidentical hormone replacement therapy (BHRT) and healthy aging options to their own patients and to the public at large. The ideal candidate is responsible for relationship development, practice development and sales of the Biote Method to practitioners. Sales activity includes prospecting, cold calling, practice development, tradeshows, sales events, and other methods for creating leads and closing sales for Biote within the approved price matrix. In addition, the Liaison provides technical, educational, and Provider Partner support.

---

[13]  https://biote.com/provider-onboarding

92.     BioTE further details that its District Mangers are responsible for recruiting suitable physicians and other practitioners, "cultivating and maintaining mutually productive partnerships with practitioners to grow new and current practices and maintain patient retention levels of 60% or better," "updating all relevant sales activities in the Company's CRM system," "closing sales accurately and effectively each month to meet or exceed targets," and "effectively conducting physician, staff and patient training in the areas of Biote's business protocols; specifically, marketing, financial, therapy, forms, patient seminars, company online resources, and other topics that may change from time to time."

93.     New potential providers are required to attend BioTE weekend training seminars, which it describes as "Didactic and Clinical Certification Training."

94.     BioTE's New Provider Training sessions take place at least monthly and typically occur over a Friday and Saturday.

95.     BioTE touts that its training program "fills glaring gaps in both hormonal healthcare education and patient access to a fuller continuum of options for patients," as only "20% of OBGYN residency programs provide menopause training, mostly through elective courses."[14]

96.     In its weekend training sessions, BioTE educates providers on hormone science, gathering patient information, deploying BioTE's diagnostic and dosing platform, the "tactical dispensing of innovative wellness resources," how to insert the hormone-containing pellets subcutaneously, and the role of "nutraceuticals" and other supplements that BioTE also offers for sale.

97.     BioTE touts that its "Training in Complementary Protocols Ensures Individualized Patient Care & Best Results."[15]

98.     Specifically, BioTE explains that it has developed "The Biote Method Clinical DS," a "proprietary, high-powered platform [that] uses algorithmic and clinical analytics tools to help ensure that a patient's personal experiences, concerns, and clinical symptoms are heard and recorded in concert with lab results and other diagnostic tools."[16]

99.     To accomplish its training, BioTE maintains one national training center in Irving, Texas, and five regional training centers, and it employs seven "medical advisors" and ten "clinical faculty members."

---

[14] https://biote.com/clinician-training-certification
[15] *Id.*
[16] *Id.*

100. Upon information and belief, nearly every single one of the providers who completes BioTE's weekend training program leaves the weekend program as a "Certified Provider" who can then immediately begin implanting pellets into patients through the Biote Method.

101. At the conclusion of the weekend training seminar, BioTE gives its newly certified providers all the ingredients necessary to implement the Biote Method of HRT immediately, including all the necessary equipment and all the hormone pellets.

102. BioTE explains that it gives a new provider "everything they need to start running from day one."

103. Importantly, BioTE tells its new and prospective providers that adding BioTE to their practices will improve the practice's financial bottom line, even offering the ability to develop a "million-dollar BioTE practice."

104. Stunningly, BioTE has suggested that its newly indoctrinated Certified Providers can gain experience with the Biote Method by returning home and applying the Biote Method of HRT to the providers' friends and family members.

105. With new providers under the BioTE umbrella, BioTE then provides support through in-house BioTE employees – sometimes referred to as liaisons or district managers – and through "Clinical Mentors."

106. BioTE's employees and its "Clinical Mentors" are meant to "guide practitioners in appropriate diagnosis, treatment, and patient counseling."[17]

107. The third spoke in BioTE's HRT wheel is the "proprietary hormone pellets."

108. From its inception until March 18, 2024, BioTE was not directly responsible for manufacturing any of the pellets utilized in the Biote Method of BHRT.

109. Even so, BioTE suggested through its website and marketing efforts that it was, in fact, responsible for developing and manufacturing the pellets used in the Biote Method.[18]

110. For instance, in a video that appeared on BioTE's websites for years and was only recently removed, Donovitz delivers this message:

> Hi.  I'm Dr. Gary Donovitz for BioTeach.  I often get asked, "what are pellets made of?".  To start, *we* use soy.  From soy, *we* develop the steroid ring from

---

[17] https://biote.com/quality-control

[18] Until very recently, BioTE's website included several videos of Dr. Donovitz explaining the BioTE process, and at least one of those videos included descriptions of how "we" at BioTE manufacture pellets and further described BioTE's manufacturing facilities.  BioTE continues to advertise that the BioTE Method is unique based in part on "Proprietary Hormone Pellets."  See https://biote.com/clinician-training-certification (accessed June 26, 2024).

which *we* make testosterone and estradiol.  That's in powder form.  *We* check that powder for purity and potency.  That powder then goes into a chamber where thousands of pounds of pressure are used to compress it into a small pellet, which is then sterilized and sent to you for administration to the patient.  I'm Dr. Gary Donovitz for BioTeach.

111.    During the aforementioned video, BioTE displays what appears to be a laboratory, clearly suggesting that BioTE itself is responsible for the development and manufacture of the pellets used in the Biote Method.  A screen shot of the video displaying this laboratory is depicted below:



112.    Donovitz repeated this misrepresentation to the National Academies of Sciences, Engineering, and Medicine during a November 12, 2019, presentation in which he explained that "our pellets, when we're making those pellets, are within three percent when we look at the potency of the pellet . . .  And that's intentional so that when we dose what we dose and we write a certain prescription, we get what we ask for. . . ."[19]

113.    The hormone pellet products used by BioTE-certified providers are manufactured by third-party compounding pharmacies and shipped directed to BioTE-certified practitioners, who then take custody of the pellets.

114.    Despite not being responsible for the manufacturing or shipping of the hormone pellets, BioTE nevertheless includes substantial sums in its financial statements for "inventory"

---

[19]  *See* Donovitz presentation to NASEM on November 12, 2019 available at:
https://www.youtube.com/watch?v=xI3m8hq611g&list=PLGTMA6QkejfihuGU90NaV8ECwbgyOOI9q.

from the date that pellets are shipped from the manufacturers to the providers until the pellets are implanted in a patient.[20]

115.    Fourth, BioTE provides and sells trocars to BioTE-certified providers and practices.

116.    BioTE has patented its own form of trocar to deliver the hormone-containing pellets into patients participating in BioTE's method of HRT.

117.    The trocar is a hollow metal device designed to be inserted into the patient's hip or buttocks that allows the BioTE-certified provider to stuff the pellets into the patient subcutaneously.

118.    BioTE generates millions of dollars annually solely through the sale of its trocars.

119.    Although BioTE's training, mentoring, pellets, and trocars are integral to the Biote Method, BioTE's "Proprietary Dosing Algorithm" – which it also refers to as its "Clinical DS" – is the "cornerstone of individualized patient care" for BioTE patients.

120.    Through the Proprietary Dosing Algorithm, BioTE offers diagnoses, dosage requirements, and delivery methods to patients through BioTE-certified providers.

121.    BioTE instructs its Certified Providers that the dosages and delivery methods generated by its Algorithm will "optimize" the patient's hormone levels.

122.    As recently as November 12, 2024, during BioTE's Third Quarter 2024 Earnings Conference Call, Terry Weber, BioTE's then-CEO, described that what BioTE's latest incarnation of the Algorithm "does is it treats to that very specific patient.  So, all the algorithms are now built with other opportunities.  So we now are treating patients from the early 40s all the way to 100. We have two patients turn 100 this month. . . . So, this clinical decision support software [the Algorithm] tells you [the medical provider] how to dose and what are your options for that patient sitting in front of you."

123.    As BioTE itself has long acknowledged, "safety and proper dosage go hand in hand."

124.    As such, BioTE's employees and liaisons are directed ensure that BioTE's Certified Providers are applying the Biote Method properly and as expected.

125.    Lastly, BioTE offers practice, training, and marketing support.

126.    For its practice support, BioTE has established practice management software, including the Proprietary Dosing Algorithm, and inventory software.

---

[20] *See* BioTE Form 10-Q Quarterly SEC Filing for the period ending September 20, 2023, at 28.

127. These software applications afford BioTE's Certified Providers an "end-to-practice building platform."

128. BioTE's "training" efforts continue beyond the original weekend certification training.

129. BioTE maintains a team of sales staff employees who are responsible for training BioTE's Certified providers in BioTE's business protocols as they pertain to marketing, finances, hormone therapy, forms for treatment, patient seminars, and BioTE's online resources.

130. BioTE's District Managers are the primary point of contact between BioTE and its "Certified Providers."

131. BioTE's District Managers are required to "cultivate" and "maintain" "mutually productive partnerships with practitioners to grow new and current practices and maintain patient retention levels of 60% or better."

132. District Managers must also prospect for "new leads," identify "quality sales prospects from active leads," work with "customers for sales referrals with new prospects," update "all relevant sales activities," secure "all required contracts, paperwork and documentation as well as payments and fees as needed for attendees to participate in regular training and certification classes," and close "sales accurately and effectively each month to meet or exceed targets."

133. BioTE provides its Certified Providers with various in-office marketing materials that promote the purported benefits of the Biote Method of HRT.

134. BioTE has several employee roles dedicated to enticing new providers to join the network of providers engaged in the Biote Method of HRT and to thereafter providing "support" to its Certified Providers.

135. BioTE's goal is to increase the number of providers selling the Biote Method of HRT.

136. Once those providers enter the Biote network, BioTE's goal is then to increase the number of patients who are prescribed the Biote Method of HRT.

137. For instance, BioTE's Practice Development Managers are responsible for "maintaining sales and utilization quota results in the assigned territory" and "performing effective territory penetration, coverage and account identification to drive sales and increase the customer base for the Company's consumables."

138.    The Defendants' efforts to recruit and train medical professionals to implement the Biote Method is nothing short of an indoctrination.

139.    The Defendants expressly prey on medical providers' relative unfamiliarity with hormones and hormone-related imbalances.

140.    The Defendants have intended for medical providers to rely upon the Biote Method for the safe and effective treatment of patients through hormone pellets.

141.    BioTE's Certified Providers, including the Plaintiff's BioTE Certified Provider, rely on BioTE's training, education, and systems, including the Algorithm, in treating patients.

142.    Indeed, BioTE's in-person training, provider manuals, patient forms, and Algorithm serve as the instructions and warnings provided to BioTE's Certified Providers and patients alike.

### C.    BioTE's Sales Efforts, Growth, and Representations to the Public

143.    According to its website, BioTE currently has over 7,100 medical providers who it has designated "Certified Providers" that are encouraged to enroll patients in the Biote Method of HRT.[21]

144.    BioTE providers have inserted over 4,000,000 hormone containing pellets since BioTE's inception.[22]

145.    To achieve this growth over the years, BioTE has aggressively marketed its services to would-be providers.

146.    As an example, in 2014, BioTE was the named Defendant in a Class Action Complaint filed by Greg's Greater Chicago Chiropractic, LLC, in the United States District Court for the Northern District of Illinois, Case 1:14-cv-09613.

147.    In the 2014 litigation, the plaintiff alleged that BioTE sent unsolicited and unwanted advertisements to it via facsimile in violation of the Telephone Consumer Protection Act ("TCPA") and the Illinois Consumer Fraud Act.

148.    The plaintiff further maintained that BioTE had sent similar unsolicited fax advertisements to at least 40 other persons in Illinois alone.

---

[21]  https://biote.com/about-us
[22]  *Id*.

149. In BioTE's unsolicited fax advertisements, it offered potential providers a "'Turn Key' Business/Marketing model to increase your practice revenues" accompanied by "Physician Liaisons" "to facilitate a complete system integration into your practice."

150. BioTE urged that its complete system was available for a "minimal out-of-pocket investment in training to obtain your certification."

151. Should a provider opt to enroll in BioTE's system, BioTE promised "cash profits to add to your take home income."

152. Specifically, BioTE advertised that providers should "Integrate our Health Management therapies into your practice & add $100,000/year to your income!"

153. The unsolicited fax litigation was not BioTE's only exposure to the world of legal claims in 2014.

154. Rather, on January 15, 2014, Donovitz filed a lawsuit against the American Board of Obstetrics and Gynecology (the "ABOG") because the ABOG had sought to restrict obstetricians and gynecologists from treating male patients except under eight narrow exceptions.

155. Donovitz recognized that a restriction against OB/GYNs from treating male patients could reduce BioTE's HRT offerings through OB/GYNs.

156. Donvovitz sued ABOG to ensure that OB/GYNs could continue to provide medical care to men.

157. ABOG relented and permitted OB/GYNs to treat men but did insist that a majority of a certified member must devote a majority of their practice to obstetrics and gynecology.[23]

158. As BioTE focused on the growth of its business and Certified Provider network – including recruiting OB/GYNs to treat men – it promoted its alleged dedication to science, clinical data, and research.

159. BioTE has made various representations to the public about the safety and efficacy of the Biote Method of HRT and BioTE's "nutraceuticals."

160. BioTE describes itself as "a leading innovator in precision and preventive medicine."[24]

---

[23] BioTE's press release relating to the suit against ABOG is available at https://www.prnewswire.com/news-releases/ob-gyn-board-allows-gynecologists-to-treat-more-men-243556681.html
[24] https://biote.com

161. Moreover, BioTE advertises that its founder, Donovitz, "consistently conducts testing to evaluate the effects hormone replacement therapy has on aging and the human body."[25]

162. BioTE exclaims that it seeks to change the way healthcare is practiced through its approach that is "deeply rooted in our dedication to scientific and clinical research."[26]

163. Indeed, BioTE and Donovitz have mocked "Big Pharma" for "spending one-third of all sales revenue on marketing their products – roughly twice what they spend on research and development."[27]

164. However, based on the information available on its website, BioTE has not conducted even a single study on any aspect of the Biote Method of HRT.

165. Moreover, upon information and belief, BioTE does not and has never had a "research and development" department.

166. But BioTE has always devoted substantial resources to growing and maintaining its sales staff.

167. The FDA formed a Committee on the Clinical Utility of Treating Patients with Compounded Bioidentical Hormone Replacement Therapy (the "Committee"), and that Committee sought and accepted comment from various individuals with knowledge of HRT.

168. In 2020, the Committee's findings were published in a Consensus Study Report through the National Academies of Sciences, Engineering, and Medicine entitled "The Clinical Utility of Compounded Bioidentical Hormone Therapy: A Review of Safety, Effectiveness, and Use."

169. In discussing absorption rates for hormone containing pellets, the Committee noted that "FDA-approved drug manufacturers must test their products for API [active pharmaceutical ingredient] stability within the formulation and for their ability to safely release hormones over time. Demonstrating API stability in a formulation is of obvious importance."

170. However, "at a November 2019 open session meeting, Dr. Gary S. Donovitz (BioTE Medical, LLC) who uses a 503B outsourcing facility to prepare testosterone pellets for use in their practice was asked during an open session meeting whether their group tested the pellets to determine the rate of testosterone release. Dr. Donovitz expressed that his practice does not

---

[25] https://biote.com/about-us
[26] https://biote.com/research
[27] See Donovitz, *Age Healthier Live Happier* (2015) at 36.

conduct such testing, but instead examines the peak serum testosterone levels in patients, using certain target ranges for optimization."

171.    Since the Committee published its findings in 2020, nothing on BioTE's website or in its public disclosures has revealed any new testing or findings.

172.    Thus, BioTE has been selling and marketing its system of HRT for more than a decade without ever bothering to do any investigation or study as to the absorption rates of the pellets used in its process.

173.    BioTE's representation that the hormone pellets used in the Biote Method "release a continuous stream of bioidentical hormones"[28] is entirely unsubstantiated.

**D.    BioTE's Marketing of "Hormone Optimization" and "Individualized Care"**

174.    BioTE makes much of the notion that its Certified Providers are trained to provide "personalized" doses of hormone therapy "based on extensive lab work."[29]

175.    According to BioTE's marketing materials, "every dose is customized based on a consultation and extensive lab work to ensure a patient receives the exact concentration of hormones needed."[30]

176.    BioTE's representations concerning extensive lab work, "hormone optimization," and personalized doses are all false.

177.    First, BioTE does not incorporate "extensive lab work" into the Biote Method.

178.    The American Urological Association (the "AUA") guidelines provide that "a diagnosis of low testosterone should be made only after two total testosterone measurements are taken on separate occasions both conducted in an early morning fashion."

179.    Similarly, the Endocrine Society guidelines call for two morning fasting total testosterone levels measurements before confirming a diagnosis of hypogonadism.

180.    Studies have shown that 30-35% of men who are classified as hypogonadal based on a single low total testosterone value subsequently have normal total testosterone levels over the next 24 hours.[31]

---

[28]  https://biote.com/bioidentical-hormone-replacement-pellet-therapy/bhrt-pellets
[29]  *Id*.
[30]  https://biote.com/bioidentical-hormone-replacement-pellet-therapy/faq
[31]  *See* Zhu, Alex, et al., *What is a Normal Testosterone Level for Young Men? Rethinking the 300 ng/dL Cutoff for Testosterone Deficiency in Men 20-44 Years Old* (The Journal of Urology (October 25, 2022) (available at https://doi.org/10.1097/JU.0000000000002928).

181. Upon information and belief, the Biote Method of HRT calls for only a single blood test to be used – *in concert with the patient's subjective report of symptoms* – to determine a patient's suitability for enrollment in BioTE's HRT program.

182. In the Biote Method, after completing the initial blood draw, nearly every patient evaluated will be found to be a viable candidate for BioTE's method of HRT.

183. Once the patient has enrolled in the Biote Method, a single blood test is taken within 4-6 weeks after the hormone pellets have been inserted to reevaluate hormone levels.

184. From that point forward, patients enrolled in the Biote Method of HRT will continue to receive pellet implantations and, according to BioTE, continuously absorb testosterone or estrogen.

185. Despite the continuous HRT, patients enrolled in the Biote Method will thereafter have their lab values checked only annually.[32]

186. Second, BioTE's alleged goal of "hormone optimization" is nothing more than a marketing catch phrase.

187. BioTE contends that oftentimes, people with symptoms like exhaustion, stress, foggy thinking, weight gain, sleep disturbances, "and so much more" "are suffering from hormonal imbalance."[33]

188. BioTE's proposed solution is to "return the patient to a state of hormonal balance. BHRT may be a simple method for correcting these complex issues through hormone optimization."[34]

189. In his 2015 book *Age Healthier Live Happier*, Donovitz appears on the cover and is identified as the "Founder and Chairman of BioTE."

190. On Page 66, Donovitz explains that the Biote Method is "amazingly simple: a qualified physician provides you with bio-identical hormones *to replace the amounts you've lost*."

191. Donovitz has publicly explained that "we're simply returning them [women aged 40 and up] to that time in their life when they felt their best."[35]

---

[32] https://biote.com/research/sub-cutaneous-hormone-pellet-therapy-the-comprehensive-treatment-to-optimize-and-balance-hormones-using-the-biote-method

[33] https://biote.com/bioidentical-hormone-replacement-pellet-therapy/hormone-optimization

[34] *Id*.

[35] *See* Podcast, Restoring Your Health (a BioTE podcast), with Donovitz dated November 25, 2019, at 18:25.

192.    Although the Defendants suggest or outright indicate that the Biote Method of HRT is simply meant to return patients to prior, natural hormone levels, BioTE is, in actuality, seeking to achieve supraphysiologic levels of testosterone and estrogen in its patients.

193.    Importantly, BioTE does not inform the patients who enroll in the Biote Method of HRT that BioTE's goal is to achieve supraphysiologic hormone levels.

194.    As an initial matter, BioTE's processes utilize entirely unrealistic and improper hormone levels to determine whether a patient needs "hormone optimization."

195.    For females, the Defendants acknowledge that the *highest* levels of testosterone occur from the ages of 18-24 and measure roughly 45 ng/dL.[36]

196.    According to presentations from the Defendants, from the age of 25-34, normal female testosterone levels are roughly 32 ng/dL, and from 35-44, testosterone levels dip to roughly 24.5 ng/dL.  For women aged 45-54, normal testosterone levels fall to approximately 22 ng/dL.[37]

197.    As the Defendants acknowledge, the lowest normal levels of female testosterone occur between the ages of 55 and 64, and that normal level is approximately 17.5 ng/dL.[38]

198.    During Donovitz's presentation to NASEM, he testified that "the difference between a medicine and a poison is the dose."[39]

199.    Despite the acknowledgements, the Biote Method of HRT seek to achieve levels of testosterone in women several times higher than the very highest levels that occur naturally.

200.    Indeed, BioTE describes "optimal testosterone levels" in females as ranging between 150 – 250 ng/dL measured at 4-6 weeks post-pellet insertion.[40]

201.    As such, BioTE seeks to achieve levels of testosterone in women that are three to five times higher than the very highest levels that are naturally occurring in healthy young, adult women.

---

[36]  *See* Donovitz presentation to NASEM on November 12, 2019, at Page 10 (available at https://www.nationalacademies.org/documents/embed/link/LF2255DA3DD1C41C0A42D3BEF0989AC AECE3053A6A9B/file/D97B460352B1460B1E479C4D72C88750CAB01D089FA6?noSaveAs=1).  The values listed in Donovitz's presentation have been converted from nmol/L to ng/dL, which is the measurement typically provided by blood testing companies.

[37]  *Id*.

[38]  *Id*.

[39]  *Id*.

[40]  *See* Donovitz, *Low complication rates of testosterone and estradiol implants for androgen and estrogen replacement therapy in over 1 million procedures* (May 27, 2021); website of BioTE Certified Provider, Lasting Skin Solutions, at https://lastingskinsolutions.com/biote-hormone-replacement-therapy from June 19, 2023 (available at https://web.archive.org).

202. Even more egregiously, BioTE instructs and encourages its Certified Providers to continue providing testosterone to female patients even when those patients' levels exceed even BioTE's vastly inflated "optimal" levels.

203. As such, female patients enrolled in BioTE's Method of HRT can and often do maintain testosterone levels that are equivalent to those of healthy, similarly aged men.

204. BioTE's method of seeking to achieve supraphysiologic levels of testosterone under the guise of "hormone optimization" is similar when treating male patients.

205. As it does with women, BioTE utilizes questionnaires in concert with lab tests to determine a patient's eligibility for enrollment in the Biote Method of HRT.

206. The AUA guidelines recommend against using questionnaires to determine patient eligibility for HRT.

207. The Endocrine Society recommends against routine screening of men in the general population for hypogonadism.

208. The Biote Method runs afoul of both recommended guidelines.

209. As Donovitz explains, "we actually have a great health screening questionnaire that we believe all practices should use in terms of screening *all* of their patients. That questionnaire will actually find who is a candidate in their practice."[41]

210. Donovitz urges that the use of the BioTE questionnaire will expand the practices of the providers enrolled in the Biote Method.[42]

211. In fact, Donovitz and BioTE flat out disagree, as they state that "only 5 percent of males that suffer from testosterone insufficiency receive testosterone replacement therapy (TRT)" due to "inadequate screening."[43]

212. The Defendants contend that "biologic tests like serum" blood tests are less reliable than "health assessment questionnaires which have a higher sensitivity in evaluating this clinical syndrome."[44]

213. The Defendants know full well that multiple blood tests should be undertaken to reach a proper diagnosis of low testosterone or testosterone deficiency, as they have explained:

> The initial test should be a serum total and free testosterone measurement early in the morning. If the result is low, the test should be repeated at least once,

---

[41] *See* Podcast, Restoring Your Health (a BioTE podcast), with Donovitz dated November 25, 2019, at 17:42.
[42] *Id.*
[43] *See* Donovitz, *Testosterone in Men: A Review* at Page 2 of 5 (April 2020) (available at https://biote.com/research/testosterone-in-men-a-review).
[44] *Id.*

preferably twice. . . . If the hypogonadism is secondary and of moderate severity (e.g. < 200 ng/dL) and/or associated with other hormonal deficiencies, a serum prolactin should be obtained and if elevated, a magnetic resonance imaging (MRI) of the Sella turcica area should be ordered.[45]

214.    Despite the Defendants' knowledge of the proper mechanisms to reach a proper diagnosis of testosterone deficiency, they have willfully omitted these processes from the Biote Method.

215.    Moreover, while the Defendants acknowledge that low testosterone is of "moderate severity" at less than 200 ng/dL, the Biote Method supports a diagnosis of "low testosterone" for men who have any symptoms identified in the questionnaires that could be caused by "hormonal imbalance" or "testosterone insufficiency," virtually without regard for their objective free testosterone levels.

216.    Various professional organizations recognize total testosterone values as appropriate cutoff levels to support a diagnosis of testosterone deficiency, which range from 200-350 ng/dL.[46]

217.     Upon information and belief, BioTE's algorithm was derived from and is similar or identical to the algorithm used by SottoPelle.

218.    SottoPelle's algorithm instructs that only new male patients with lab values for free testosterone at or above 700 ng/dL are refused testosterone therapy.[47]

219.    BioTE does not publicly identify a threshold value that it utilizes to support a diagnosis of testosterone deficiency.

220.    Nonetheless, because the Defendants began with SottoPelle and appear to have adopted many of SottoPelle's practices including the use of a dosing algorithm, it is believed that BioTE instructs its Certified Providers to reach diagnoses of "low testosterone" or "testosterone insufficiency" despite having free testosterone well into the normal range.

221.    That is, the BioTE Method calls for diagnoses of "hormonal imbalance" or "low testosterone" despite free testosterone values that are objectively normal.

---

[45]  *Id.*
[46]  *See* Zhu, Alex, et al., *What is a Normal Testosterone Level for Young Men? Rethinking the 300 ng/dL Cutoff for Testosterone Deficiency in Men 20-44 Years Old* (The Journal of Urology (October 25, 2022) (available at https://doi.org/10.1097/JU.0000000000002928).
[47]  *See* United States Patent Application dated September 15, 2016, filed by SottoPelle, Inc., entitled "System and Method for Automated Dosage Calculation and Patient Treatment Life Cycle" at 29 of 36.

222.    Following the "low testosterone" diagnosis, the Defendants then seek to maintain male patient free testosterone levels between 900 – 1100 ng/dL when measured four weeks after pellet implantation.

223.    Despite having never tested the absorption rates of the testosterone pellets utilized in the Biote Method, BioTE nevertheless asserts that "peak serum testosterone levels with the implants are usually seen at month one.  Therapeutic testosterone levels at month one, are expected at the upper limits of normal for healthy young males (900-1100 ng/dL).  These levels are necessary to protect the brain from Alzheimer's disease, diabetes, heart disease, prostate cancer, osteoporosis, and all-cause mortality (Zitzmann J. J Clin Endocrinology 2006).  By month 4 to 5 testosterone levels drop to below 500-600 ng/dL at which time symptoms return and the pellets are reinserted."[48]

224.    Notably, the study cited, "Zitzman J. J Clin Endocrinology 2006," for the prospect that testosterone levels must be maintained at levels between 900-1100 ng/dL to confer the listed multitude of systemic benefits contains no such conclusion; indeed, the study was not even meant to address such issues.  To the contrary, the Zitzmann study addressed the factors influencing complaints in aging men, and the authors concluded that "testosterone plays a significant but not omnipresent role in older male patients."  The term "Alzheimer's" does not even appear in the Zitzmann study.[49]

225.    In any event, BioTE acknowledges that when its male patients have free testosterone levels below 500-600 ng/dL, the Biote Method instructs that another round of pellets is due.[50]

226.    No professional organization recognizes testosterone levels at 500-600 ng/dL as being "low," "insufficient," or needing treatment.

227.    Indeed, a recent study found that the very highest levels of testosterone in men occur between the ages of 25 and 29, and men in that age range who have testosterone values of 771 ng/dL will be in the 90th percentile for similarly aged men.[51]

---

[48]  *See* https://biote.com/research/sub-cutaneous-hormone-pellet-therapy-the-comprehensive-treatment-to-optimize-and-balance-hormones-using-the-biote-method

[49]  *See* Zitzmann, Michael, et al., *Association of Specific Symptoms and Metabolic Risks with Serum Testosterone in Older Men* (The Journal of Clinical Endocrinology & Metabolism, November 2006) (available at https://academic.oup.com/jcem/article/91/11/4335/2656468).

[50]  *See* https://biote.com/research/sub-cutaneous-hormone-pellet-therapy-the-comprehensive-treatment-to-optimize-and-balance-hormones-using-the-biote-method

[51]  *See* Zhu, Alex, et al., *What is a Normal Testosterone Level for Young Men? Rethinking the 300 ng/dL Cutoff for Testosterone Deficiency in Men 20-44 Years Old* (The Journal of Urology, October 25, 2022) (available at https://doi.org/10.1097/JU.0000000000002928).

228.    Similarly, a 2017 Study published in the Journal of Clinical Endocrinology & Metabolism harmonized four cohort studies and concluded that in healthy nonobese men from 19 to 39 years of age, testosterone values at the 2.5th, 5th, 50th, 95th, and 97.5th percentiles were 264, 303, 531, 852, and 916 ng/dL, respectively.[52]

229.    BioTE's marketing of a target range of 900-1100 ng/dL for free testosterone levels in men as a return to normal, physiologic values is simply untrue.

230.    The FDA has approved a testosterone pellet, Testopel, for men with low testosterone due to conditions associated with a deficiency or absence of endogenous testosterone, including, for example, testicular failure due to cryptorchidism, orchitis, orchiectomy, or injuries from tumors, trauma, or radiation.

231.    The FDA has not, however, established the safety or efficacy of Testopel for men with "age-related hypogonadism" (the natural reduction in male testosterone levels as a result of the aging process).[53]

232.    Additionally, when Testopel is prescribed, only two to six 75 mg pellets are implanted for a total dose of 150 mg – 450 mg.[54]

233.    Testopel treatment is meant to achieve testosterone levels in men falling within the mid-normal physiologic range of roughly 400-700 ng/dL, which is consistent with the guidelines published by the AUA and Endocrine Society.[55]

234.    Moreover, upon information and belief, the Biote Method permits male patients to maintain supraphysiologic levels of testosterone indefinitely by authorizing ongoing testosterone therapy even in the face of testosterone values above 1200 ng/dL.

235.    Finally, the Defendants contend that the BioTE Method of HRT offers "personalized" or "individualized" care due to the "idiosyncratic nature" of hormones.[56]

---

[52]  Travison, T., et al., *Harmonized Reference Ranges for Circulating Testosterone Levels in Men of Four Cohort Studies in the United States and Europe* (The Journal of Clinical Endocrinology & Metabolism, April 1, 2017).
[53]   *See* Testopel package insert available at https://www.testopel.com/dosing.
[54]  *Id.*
[55]  *See* https://www.auajournals.org/doi/10.1016/j.juro.2018.03.115 (AUA guidelines); https://academic.oup.com/jcem/article/103/5/1715/4939465 (Endocrine Society guidelines).
[56] *See* Donovitz presentation to NASEM on November 12, 2019, at Page 10 (available at https://www.nationalacademies.org/documents/embed/link/LF2255DA3DD1C41C0A42D3BEF0989AC AECE3053A6A9B/file/D97B460352B1460B1E479C4D72C88750CAB01D089FA6?noSaveAs=1).

236. Indeed, it is for that specific reason that the Defendants maintain that compounded pellets are necessary and preferable to FDA-approved products to "accurately dose patients" and "customize medication."[57]

237. In reality, there is almost nothing customized or personalized about BioTE's pelleting process.

238. Rather, as revealed above, the Biote Method is specifically designed to engage in a process of "hormone optimization" that is consistently applied to every patient and would-be patient.

239. To achieve the goal of systemization and uniformity, BioTE provides a variety of forms to its Certified Providers.

240. These forms are designed by BioTE and provided to Certified Providers to be utilized in their practices to implement the Biote Method of HRT.[58]

241. The forms that BioTE provides to its Certified Providers include Health Assessment questionnaires, HIPAA Information and Consent Forms, Patient Questionnaire & History, Treatment Plans, Pellet Insertion Consent Forms, Post-Insertion Instructions, a form entitled "What Might Occur After a Pellet Insertion," and a Patient BioTE Lab Values Spreadsheet.[59]

242. From its inception, BioTE has maintained relationships with third-party manufacturers to prepare and provide the hormone-containing pellets to BioTE-certified providers throughout the country.[60]

243. AnazaoHealth Corporation ("Anazao") is a Florida corporation with its principal place of business in Tampa, Florida.

244. Anazao is a specialty compounding pharmacy that maintains a 503B outsourcing facility in Las Vegas, Nevada.

245. Anazao has manufactured and supplied Testosterone and Estradiol-containing pellets for use in the BioTE Method since BioTE's inception.

246. Carie Boyd Pharmaceuticals, LLC ("Carie Boyd") is a Delaware limited liability company with its principal place of business in Denton, Texas.

---

[57] *Id*.
[58] *See* Website of BioTE Certified Provider, Atlantic Urology Clinics LLC, at https://atlanticurologyclinics.com/wp-content/uploads/2024/03/AUC-Female-Patient-Assessment-Forms.pdf.
[59] *Id*.
[60] *See* BioTE Form 10-Q Quarterly SEC Filing for the period ending March 31, 2024, at 8, 31.

247.    Carie Boyd is a specialty compounding pharmacy that operates a 503B outsourcing facility.

248.    Carie Boyd has provided Testosterone and Estradiol-containing pellets for use in the BioTE Method for many years.

249.    F.H. Investments, Inc. d/b/a Asteria Health ("Asteria") is an Alabama corporation with its principal place of business in Birmingham.

250.    Until March of 2024, Asteria was a privately held 503B manufacturer of compounded bioidentical hormone pellets.

251.    Like Anazao and Carie Boyd, Asteria has provided and does provide hormone pellets for use in the BioTE Method.

252.    On March 18, 2024, BioTE acquired Asteria.

253.    BioTE announced that its acquisition of Asteria strengthened BioTE's "control over its supply chain," would enhance efficiency, and "enable[e] the vertical integration of [BioTE's] manufacturing and provid[e] direct control over [BioTE's] pharmacokinetic research efforts."[61]

254.    As a review of their websites reveals, Anazao, Carie Boyd, and Asteria each manufacture hormone-containing pellets in various doses that can then be ordered in bulk by BioTE's Certified Providers.

255.    Though the doses of each particular pellet may differ, the pellets themselves are identical to one another, and the goal of the Biote Method is to achieve "hormone optimization" by implanting a sufficient number of pellets to achieve hormone levels within or above BioTE's stated target ranges.

256.    For instance, Anazao explains[62]:

---

[61] *See* BioTE press release dated January 17, 2024, entitled "Biote to Purchase Asteria Health."
[62] *See* https://www.anazaohealth.com/pellets



257.    Thus, while BioTE touts "individualized," "personalized" care provided to each patient based on the "idiosyncratic nature" of hormones themselves, BioTE has actually developed and sells a system that seeks uniform results through the repeated use of the same training, forms, dosing algorithm, qualifying information, pellets, and hormone target levels.

258.    There is, in fact, almost nothing that is particular to any given BioTE patient.

259.    A prospective BioTE patient will almost certainly have hormone levels that the BioTE Method deems to be "insufficient" – because BioTE's target levels are unrealistically high – so BioTE and its Certified Providers will necessarily identify this "hormone insufficiency" or "hormone imbalance" as the source of any symptoms presented.

260.    Thereafter, the Biote Method will seek to ensure that BioTE patients maintain hormone levels at supraphysiologic levels through repeated and continuous pellet implantations.

261.    As Donovitz explained to NASEM, he would like to begin treating female patients with pellet implantations at the age of 25 and continue implanting pellets *for the remainder of their lives*.[63]

262.    The Defendants' stated goal has always been to create lifelong customers.

263.    As Donovitz explains, the Biote Method of HRT is "not something that you just want to take for the shortest time possible, which is what a lot of the medical societies have said. What you really want to do is take the hormones for the longest time possible."[64]

---

[63] *See* Donovitz presentation to NASEM on November 12, 2019 beginning at 1:11:30 available at: https://www.youtube.com/watch?v=xI3m8hq611g&list=PLGTMA6QkejfihuGU90NaV8ECwbgyOOI9q.
[64] *See* Podcast, Restoring Your Health (a BioTE podcast), with Donovitz dated November 25, 2019, at 18:50.

264. The Defendants' goal to create lifelong customers who regularly experience supraphysiologic levels of testosterone and estrogen renders the BioTE Method defective and unsafe for patients.

265. The Defendants' training, instructions, and representations have induced BioTE's Certified Providers to utilize the Biote Method without a full and clear understanding of the nature of the therapy being offered.

266. BioTE's Certified Providers have, in turn, then parroted BioTE's misrepresentations to their patients and potential patients.

267. If not for BioTE's training, instructions, and representations through the Biote Method and the Algorithm, BioTE's Certified Providers would not enroll in the Biote Method.

268. Similarly, had BioTE's Certified Providers not been indoctrinated into the Biote Method, then patients would not enroll in BioTE's hormone pellet therapy program.

269. The Defendants have also made direct representations to patients and potential patients through their online activities, social media advertisements, in-office marketing materials, billboards, television advertisements, and published books.

270. The Defendants' representations have induced patients to enroll in the Biote Method.

**E. BioTE Has Not Registered With and Does Not Report Adverse Events or Complications to the FDA.**

271. The Anabolic Steroids Control Act of 1990 placed anabolic androgenic steroids ("AAS") in Schedule III of the Controlled Substances Act.[65]

272. Testosterone is an AAS.[66]

273. According to the FDA, "abuse of testosterone, usually at doses higher than those typically prescribed and usually in conjunction with other AAS, is associated with serious safety risks affecting the heart, brain, liver, mental health, and endocrine system. Reported serious adverse outcomes include heart attack, heart failure, stroke, depression, hostility, aggression, liver toxicity," male infertility, and withdrawal symptoms, including depression, fatigue, irritability, loss of appetite, decreased libido, and insomnia.[67]

---

[65] *See* https://www.fda.gov/drugs/drug-safety-and-availability/fda-approves-new-changes-testosterone-labeling-regarding-risks-associated-abuse-and-dependence.
[66] *Id*.
[67] *Id*.

274.    Schedule III drugs, substances, or chemicals are defined as those with a moderate to low potential for physical and psychological dependence, including ketamine and products with less than 90 milligrams of codeine.[68]

275.    The Controlled Substances Act requires individuals and companies involved in manufacturing, dispensing, delivering, or distributing controlled substances to register with the FDA.

276.    Such FDA registrants have various responsibilities relative to their involvement with controlled substances.

277.    Despite BioTE's integral role in marketing, selling, and distributing testosterone pellets for use in the Biote Method throughout the country, BioTE has not registered with the FDA.

278.    As BioTE's public disclosures make clear, BioTE is integrally involved in the purchase, dispensation, and delivery of testosterone to patients throughout the country.

279.    Indeed, BioTE described the Biote Method as a "comprehensive end-to-end practice building platform that provides Biote-certified practitioners with the components specifically developed for practitioners in the hormone optimization space."[69]

280.    On the first "end" of the process, BioTE contracts with hormone pellet manufacturers to produce testosterone and estradiol pellets.

281.    BioTE is then involved every step of the way, including directly paying its manufacturers for the pellets that are ordered by its certified providers.

282.    When the pellets are ordered by its Certified Providers, BioTE's systems facilitate a process to allow the pellet manufacturers to ship the pellets directly to BioTE's Certified Providers.

283.    The pellets then remain on hand in the BioTE Certified Providers' offices until implanted by BioTE's Certified Providers.[70]

284.    Importantly, BioTE itself – not its Certified Providers or the patients enrolled in the Biote Method of HRT – pays the hormone pellet manufacturers directly for the pellets that are shipped to BioTE's Certified Providers.[71]

---

[68]  *Id.*
[69]  *See* BioTE 10-Q for the quarter ending September 30, 2023, at Page 28.
[70]  *Id.* at Page 37.
[71]  *Id.* at Pages 37, 2 (noting "Costs of Products" for the three months ending September 30, 2023, at $13,070,000).

29

285.    As BioTE explains, it realizes "product revenue" "when the clinic obtains ownership of the pellet, which we determined to be when the Biote-certified practitioner performs the procedure to implant the pellet into their patient."[72]

286.    BioTE's "cost of product revenues" include the "cost of pellets purchased from outsourcing facilities."[73]

287.    Thus, when BioTE-Certified Providers order testosterone and estradiol pellets from Anazao, Carie Boyd, or Asteria, BioTE itself pays the bill for those pellets directly.

288.    The pellets are then shipped to the Certified Providers where they remain on hand with those practitioners until such time as they are implanted into a patient.

289.    BioTE includes those ordered, paid for, and delivered pellets as inventory in its financial statements.

290.    As it describes, "our inventories consist of physician-prescribed pellets used by Biote-certified practitioners in partnered clinics . . . which are sold and distributed to Biote-partnered clinics and their patients.   Custody of the pellets remains with Biote-certified practitioners.  The pellets are presented as inventory on our financial statements from the date of shipment until such time as they are administered in a treatment by a Biote-certified practitioner on their patient. . . ."[74]

291.    On the final "end" of BioTE's "end-to-end" process, the pellets are implanted into BioTE's patients' rear ends, a truly remarkable and comprehensive "end-to-end" process.

292.    BioTE owns and has constructive possession of the testosterone pellets from the time that they are shipped from the manufacturers to BioTE's Certified Providers.

293.    As of September 30, 2023, BioTE held $6,845,000 worth of pellets as inventory.[75]

294.    The pellets utilized in the Biote Method have a "finite life ranging from six to twelve months.  [BioTE] assume[s] the risk of loss due to expiration, damage, or otherwise."[76]

295.    Because BioTE fronts the costs of the hormone pellets on behalf of its Certified Providers and bears the risk of loss until those pellets are implanted into patients, BioTE has a financial motivation to press and encourage its Certified Providers to perform as many

---

[72] *Id*. at Page 30.
[73]  *Id*. at Page 31.
[74]  *Id*. at 37.
[75]  *Id* at 15.
[76]  *Id*. at 28.

implantation procedures as possible to use up all of BioTE's inventory, allow it to realize "product revenue," and mitigate any risk of loss from obsolescence.

296.    BioTE is a distributor or "third-party logistics provider" as defined by Section 581(22) of the Drug Supply Chain Security Act, 21 U.S.C. § 351, *et seq.*[77]

297.    As such, BioTE is required to register with the FDA relative to its involvement in the distribution of testosterone pellets.

298.    FDA registrants are obligated to collect and report adverse events that are experienced by users of controlled substances to the FDA.

299.    BioTE has never registered with the FDA.

300.    BioTE has never collected adverse event data in a manner consistent with FDA requirements.

301.    BioTE has never voluntarily shared any adverse event data with the FDA in a manner consistent with FDA requirements.

### F.    Complications and Adverse Events

302.    Because BioTE has never complied with its obligations to register with the FDA relating to its involvement in the distribution of hormone pellets to patients enrolled in the Biote Method, BioTE has skirted its responsibilities to collect adverse event data regarding the use of the hormone pellets used in the Biote Method of HRT.

303.    BioTE has asserted to the FDA that it "is not an 'own label distributor,' nor [is it] the manufacturer or packer of the hormone pellets. As a result, there is no legal requirement that BioTE investigate or report adverse events according to 21 CFR § 310.305."[78]

304.    In an Establishment Inspection Report (the "EIR") dated April 27, 2018, the FDA disagreed and described BioTE as a "distributor of 503B compounded drugs, own label dietary supplements [nutraceuticals] and medical devices [trocars used to implant hormone pellets]."[79]

305.    The FDA visited BioTE's facility in Irving, Texas, between March 19, 2018, and April 23, 2018.[80]

---

[77]  21 U.S.C. § 360eee(5), (22) (2013).
[78]  *See* BioTE Response to FDA Form 483 Dated April 23, 2018 (obtained via FOIA request and attached hereto as Exhibit "A").
[79]  *See* Establishment Inspection Report at 1 of 23 (procured via FOIA Request and attached as Exhibit "B").
[80]  *Id*. at 1, 2 of 23.

306. During the FDA's inspection, it met with Jacquelyn L. Fleming, who was then the Vice President of Human Resources and Compliance at BioTE. Ms. Fleming had been with BioTE for 15 months and had held her title for 2 ½ months.[81]

307. Despite having joined BioTE in or around January of 2017 – some five full years after BioTE was founded – "Ms. Fleming stated she developed the firm's Quality Program and set up the firm's practice to investigate Complaints and Adverse Events."[82]

308. At the time of the inspection, BioTE's procedure for complaints dated June 23, 2017, did not include instructions to report Adverse Events to the FDA or even to the outsourcing facilities that manufactured the pellets.[83]

309. At that time, BioTE received complaints in three ways: via phone, email, and an electronic system. Phone and email complaints were documented on an excel spreadsheet.[84]

310. BioTE did not start conducting investigations into Complaints and Adverse Events until April of 2017.[85]

311. From April of 2017 through February of 2018, BioTE had failed to investigate any complaints lodged for three months out of that eleven-month period. [86]

312. For the investigations that BioTE had completed, BioTE failed to include any results and findings.[87]

313. BioTE explained that its then-existing investigatory process included emailing a series of standardized questions to the practitioner responsible for implanting the pellets in the patient with the adverse events, and those standardized questions were specifically designed to target the following complaints: 1) cellulitis, 2) pellet extrusion, 3) deep vein thrombosis, 4) heart attack, 5) "adematous [sic] hyperplasia," 6) acne, 7) breast cancer, 8) endometrial cancer, 9) prostate cancer, 10) stroke, 11) erythrocytosis, 12) bleeding, and 13) hair growth.[88]

314. Importantly, Ms. Fleming explained that BioTE does not instruct its Certified Providers to report complaints to BioTE; rather, Certified Providers *are given the option* to report complications through an online complications form.[89]

---

[81] *Id*. at 10 of 23.
[82] *Id*.
[83] *Id*. at 12 of 23.
[84] *Id*. at 13 of 23.
[85] *Id*. at 16 of 23.
[86] *Id*. at 17 of 23.
[87] *Id*. at 16 of 23.
[88] *Id*. at 13-16 of 23.
[89] *Id*. at 17 of 23.

315.    BioTE's public pronouncements about complications and adverse events realized during Biote Method paint a very different picture.

316.    To further grow and expand BioTE's business, Donovitz released a "study" on May 27, 2021, entitled "Low complication rates of testosterone and estradiol implants for androgen and estrogen replacement therapy in over 1 million procedures."[90]

317.    In Donovitz's study, he asserts that "over the 7 years [between BioTE's formation in 2012 and 2019], 1,204,012 subcutaneous implant procedures were performed for 376,254 patients. . . . The overall complication rate was <1%."[91]

318.    The Defendants maintained that "there is no prospective outcome data on compressed pellets containing either T [testosterone] or estradiol implants for hormone optimization in men and women.  Thus, we evaluated continuation rates and adverse events that occurred during therapy with T and E sub-cutaneous implant therapy.  To this end, we retrospectively assessed adverse events in our proprietary tracking program to evaluate if our methodology offered a safe modality to deliver T and E to both males and females as compared with historic side-effect profile of other deliver [sic] modalities."[92]

319.    In reality, as Ms. Fleming confirmed, BioTE did not ask its Certified Providers to track any complaints at all; rather, BioTE merely created an optional online platform where complaints and adverse events could theoretically be reported.

320.    The Defendants, however, sought to leverage their own lack of legitimate data collection as an indication of safety, efficacy, and patient satisfaction.

321.    The Defendants knew full well that their representations concerning their tracking and reporting of adverse events and complications were (and are) false.

322.    Indeed, when the FDA issued its September of 2019 "Statement on improving adverse event reporting of compounded drugs to protect patients," BioTE publicly responded by asserting that "BioTE's goal in tracking [secondary outcomes associated with compounded hormone replacement therapy] was to update our training, where necessary, and provide better education to its practitioners.  *BioTE's information tracking mechanism was never intended to serve as an adverse event reporting mechanism. . . .*"[93]

---

[90] *See* https://journals.sagepub.com/doi/full/10.1177/20420188211015238 (available through https://biote.com/research).

[91] *Id.*

[92] *Id.*

[93] *See* BioTE Medical Response to FDA Statement on Improving Adverse Event Reporting of Compounded Drugs (attached as Exhibit "C").

323.    In response to the FDA's EIR, BioTE disagreed that it was required under applicable regulations to collect adverse event data or report the same to the FDA.[94]

324.    Even so, BioTE explained that "as a medical marketing firm engaged in training physicians on proper clinical techniques, BioTE believes there is clinical and business value to recording patient complaints and conducting thorough investigations.  As a result, BioTE will voluntarily update its written procedure to more completely review complaints to determine whether they represent a serious or unexpected adverse drug experience and report these to the outsourcing facility and FDA."[95]

325.    BioTE further explained that it "considers the investigation of complaints a valuable tool to improve our training and practice management in the context of patient care.  As a result, BioTE will update our current [Standard Operating Procedures] to include the appropriate amount of contacts required for an investigation for all complaints.  This contact matrix will include providing written documentation of contacts until investigations are closed."[96]

326.    Contrary to BioTE's public pronouncements and its assurances to the FDA, BioTE did not revise its policies to better collect information about adverse events and complications experienced due to testosterone and estradiol pellets.

327.    Quite to the contrary, BioTE simply stopped collecting adverse event information altogether.[97]

328.    Thus, despite being a self-branded "leading innovator in subcutaneous hormone pellet therapy,"[98] BioTE has not – according to its own website, https://biote.com/research – conducted any clinical trials or studies about the Biote Method of HRT.  And since 2019, it has not collected any data whatsoever about complications or adverse events suffered due to hormone pellet implantations.

329.    BioTE's alleged commitment to safety, research, clinical studies, and trials is nothing more than a marketing ploy designed to reassure and mislead its Certified Practitioners, the FDA, and current and prospective patients.

---

[94]  *See* BioTE Response to FDA Form 482 Dated April 23, 2018 (obtained via FOIA request and attached hereto as Exhibit "A").
[95]  *Id.*
[96]  *Id.*
[97]  *See* Deposition of BioTE's Chief Clinical Advisor, Dr. Cory Rice, at 137-141, Jeffries v. BioTE, Civil Action No. 21-C-776 (Kanawha Co.) (taken April 16, 2024).
[98]  *See* https://biote.com/about-us

330. To further obscure the complications and adverse events data, BioTE indoctrinates its Certified Providers to believe that the Biote Method cannot cause problems or disease states but rather prevents patients from falling ill.

331. BioTE and its Certified Providers pass on these messages to prospective and current patients enrolled in the Biote Method.

332. Indeed, BioTE's standard consent forms for receiving hormone pellet therapy speak to the risks of electing not to submit to hormone pellet implantations. BioTE declares that, for men, the "risks of not receiving testosterone therapy after andropause include but are not limited to arteriosclerosis, elevation of cholesterol, obesity, loss of strength and stamina, generalized aging, osteoporosis, mood disorders, depression, arthritis, loss of libido, erectile dysfunction, loss of skin tone, diabetes, increased overall inflammatory processes, dementia and Alzheimer's disease, and many other symptoms of aging."[99]

333. Thus, BioTE and its Certified Providers have effectively shielded BioTE patients and the public from the potential adverse events that may arise from HRT, and, specifically, from BioTE's practice of seeking to achieve supraphysiologic levels of testosterone in its patients.

334. And despite a haphazard and entirely optional reporting system for adverse events and complications, BioTE nonetheless collected *thousands* of reports of adverse events.

335. According to the FDA's "Statement on improving adverse event reporting of compounded drugs to protect patients" released on September 9, 2019, "during an inspection in 2018 of BioTE Medical, our investigators uncovered information about 4,202 adverse events that had never been reported to the agency."[100]

336. "The adverse event information our investigators found suggested compounded hormone pellets were possibly associated with endometrial cancer, prostate cancer, strokes, heart attacks, deep vein thrombosis, cellulitis and pellet extrusion."[101]

### G. BioTE's True Commitment is to Revenue and Profits.

337. The Biote Method of HRT does not address the supplementation of individual hormone levels with the requisite level of seriousness and respect, particularly as to BioTE's prescribed use of testosterone.

---

[99] *See*
https://www.novawellnesscenter.com/uploads/5/3/4/9/53495493/biote_male_new_patient_packet_april_2020_revision.pdf at Page 10 of 12.
[100] *See* https://www.fda.gov/news-events/press-announcements/statement-improving-adverse-event-reporting-compounded-drugs-protect-patients.
[101] *Id.*

338.    Rather, as expressed above, BioTE and its representatives have publicly suggested that providers who have recently received BioTE's training can return to their offices and begin the Biote Method of HRT by first enrolling staff members at their offices and family members.[102]

339.    Similarly, BioTE offers its employees "free pellet therapy" and discounted pellet therapy for family members.[103]

340.    BioTE's sales quotas for its sales representatives and expected retention rates for patients enrolled in the Biote Method of HRT evince a focus not on patient health and well-being but instead a singular focus on BioTE's own bottom line.

341.    In his ironically titled 2015 book *Age Healthier Live Happier Avoiding Over-Medication through Natural Hormone Balance*, Donovitz bemoans the "tsunami of drugs" prescribed to Americans, citing a 2013 study that found that nearly seventy percent of Americans are on at least one prescription drug.[104]

342.    The Defendants' proposed solution, of course, is for patients to remain on a constant stream of prescription medications – testosterone and/or estradiol – by having pellets regularly implanted into their hips and buttocks forever.

343.    Chapter 2 of *Age Healthier, Live Happier* is entitled "Big Pharma and the Business of Medicine."  On Page 37, Donovitz explained that "Big Pharma spends one-third of all sales revenue on marketing their products – roughly twice what they spend on research and development.  As a result of this drive to maintain sales, there is now, in the words of WHO, 'an inherent conflict of interest between the legitimate business goals of manufacturers and the social, medical and economic needs of providers and the public to select and use drugs in the most rational way."

344.    BioTE's singular focus is on selling more pellets – and, to a lesser degree, nutraceuticals – through Certified Providers.

345.    According to its most recent disclosure for results through June 30, 2024, BioTE realized over $48,000,000 in "product revenue" for the three months ending June 30, 2024.[105]

346.    Of that amount, $38,418,000 in "product revenue" was generated through "pellet procedures."  The remainder of BioTE's revenue was realized through sales of dietary supplements

---

[102] *See* Podcast, Restoring Your Health (a BioTE podcast), with Dr. Cory Rice, dated January 7, 2020, at 6:33.
[103] *See* https://biote.com/careers.
[104] *See* Age Healthier, Live Happier at Page 23.
[105] *See* BioTE 10-Q dated June 30, 2024 at 25 (available at https://ir.biote.com/static-files/efb5999f-40cd-4445-81cd-0d893b169484).

($8,241,000), disposable trocars used to implant hormone pellets ($1,114,000), shipping fees and "other" ($338,000).  BioTE also generated $1,058,000 in "service revenue" for training, Contract-term services, and "other."[106]

347.    "Product revenue includes both pellets, in connection with the service described above, and the related inventory management services provided to clinics.  Product revenue is recognized at the point in time when the clinic obtains ownership of the pellet, which we determined to be when the Biote-certified practitioner performs the procedure to implant the pellet into their patient."[107]

348.    For all the alleged services and training that BioTE purportedly offers, the bottom line for BioTE's bottom line is that BioTE will not generate any "product revenue" relating to hormone pellet therapy unless and until its Certified Providers implant pellets into patients.

349.    BioTE's most recent financial disclosure does not separately account for any investment into research and development, and BioTE's website does not identify any research and development position or division of the business.

350.    On Page 40 of *Age Healthier, Live Happier*, Donovitz also decried the sales tactics utilized by "Big Pharma."  He explained that "the sales pitches use two angles of attack.  The first is fear: the drug can *prevent* something bad from happening to you, such as a stroke or heart attack. . . . The second angle of attack is curative: The pill can cure an identifiable disease that threatens you.  The message is that it's a short step from your state of unhealthiness to health."

351.    BioTE has adopted these sales tactics wholesale.

352.    BioTE's top two stated goals and intentions for its "go-to-market strategy" are to "increase the number of Biote-certified practitioners" and "grow the practice of our Biote-certified practitioners and Biote-partnered clinics."[108]

353.    Stated more succinctly, BioTE seeks to enlist more pellet salesmen (Certified Providers), a process that BioTE refers to internally as "hunting," and then encourage and assist those salesmen in their efforts to gain more patients and sell more pellets, which BioTE refers to as "farming."[109]

>    **H.    The Defendants Know and Have Known that Supraphysiologic Levels of Hormones are Dangerous and Cause Serious Injuries and Unwanted Side Effects.**

---

[106]  *Id*. at 10.
[107]  *Id*. at 24.
[108]  *Id*. at 22.
[109]  *See* Deposition of Anita Miller, BioTE's Regional Manager, at Page 32 (Jeffries v. BioTE, Civil Action No. 21-C-776 (Kanawha Co.) (taken May 24, 2024).

354.    The Defendants' predatory and dishonest marketing practices are outrageous, but their lack of concern for patient safety is even more troubling.

355.    "Because it takes very low levels of hormones to bring about major changes in the body, hormones are secreted in microscopic amounts.  Either a very slight excess of hormone secretion or the slightest deficiency can lead to disease states."[110]

356.    "Safety and proper dosage go hand in hand."[111]

357.    With these acknowledgements, the Defendants' hidden objective of achieving and maintaining supraphysiologic levels of testosterone and/or estradiol in patients is unconscionable.

358.    Donovitz has explained the significance of maintaining proper levels of estradiol levels in men in particular.

359.    He has stated that BioTE looks for a "sweet spot" for estradiol levels in men because it knows that certain men will convert excess testosterone into estrogen, which BioTE then seeks to block through aromatase inhibitors that it produces and sells to patients (namely DIM).[112]

360.    As Donovitz acknowledged publicly, "testosterone has to go somewhere.  It can't just float around in your bloodstream forever.  It gets converted to estrogen and then down through the estrogen pathway.  There's a really good estrogen pathway that actually reduces cancer whether it's prostate cancer in your case or whether it's breast cancer in Susan's case or for women.  And both of those things occur because DIM actually allows for the DNA to repair.  If you don't take DIM, you go down this other pathway, which we don't need to get all that technical, but that pathway causes DNA damage. When you damage the DNA, you actually increase your risk for prostate cancer and increase women's risk for breast cancer so DIM's a very important product."

361.    Donovitz similarly acknowledged that excessive estrogen metabolites, namely 4-hydroxy estrone, increases the risk for breast and uterine cancer because "this bad estrogen metabolite actually damages the DNA of many of your cells, thus promoting cancer."[113]

362.    BioTE acknowledges in its Consent Forms prepared for its Certified Providers that enrollment in the Biote Method of HRT can cause several significant unwanted and potentially serious side effects.

---

[110] *See* Donovitz, *Age Healthier, Live Happier* at Page 52.
[111] *Id*. at Page 105.
[112] *See* Podcast, This Life #YOULIVE, Episode 190 with Dr. Drew and Donovitz, dated September 16, 2019, beginning at 35:00.
[113] *See* Donovitz, *Age Healthier, Live Happier* at Page 132.

363.    For females, BioTE advises that the insertion of "testosterone and/or estradiol pellets in my hip" may cause side effects that "are similar to those related to traditional testosterone and/or estrogen replacement."[114]

364.    The listed potential side effects include, *inter alia*, bleeding; pellet extrusion; "hyper sexuality;" "increased hair growth on the face, similar to pre-menopausal patterns;" "increased growth of estrogen dependent tumors (endometrial cancer, breast cancer); birth defects in babies exposed to testosterone during their gestation; growth of liver tumors, if already present; change in voice (which is reversible); clitoral enlargement (which is reversible);" aggravation of fibroids or polyps; and "thickening one's blood" by increasing hemoglobin and hematocrit.

365.    According to BioTE's consent form, the benefits of testosterone pellets are legion, including increased libido, energy, and sense of well-being; increased muscle mass, strength, and stamina; decreased migraine headaches; decreased mood swings, anxiety, and irritability; weight loss; and reduced risks of diabetes, heart disease, Alzheimer's, and dementia.[115]

366.    BioTE makes similar promises about the wonders of the Biote Method on its website; however, on its website, BioTE's promises are followed by asterisks where BioTE acknowledges that "these statements have not been evaluated by the Food and Drug Administration.  These products are not intended to diagnose, treat, cure, or prevent any disease."[116]

367.    BioTE does not include any such disclaimers in its consent forms.

368.    And BioTE most certainly does not inform women that their testosterone levels will be intentionally elevated to levels that do not occur naturally.

369.    In BioTE's consent forms for men, it similarly downplays the risks of side effects and leads with the alleged benefits of the proposed pellet therapy.  BioTE explains that "your risks are similar to those of any testosterone replacement but may be lower risk than alternative forms." BioTE then goes on to describe the many "risks of not receiving testosterone therapy after andropause" and follows that with the "benefits of testosterone pellets."[117]

---

[114] *See* https://www.novawellnesscenter.com/uploads/5/3/4/9/53495493/biote_new_patient_packet_female_rev_april_2020.pdf.

[115] *Id.*

[116] *See* https://biote.com.

[117] *See* https://www.novawellnesscenter.com/uploads/5/3/4/9/53495493/biote_male_new_patient_packet_april_2020_revision.pdf.

370. BioTE advises that side effects in men "may include" bleeding, thinning hair, male pattern baldness, increased growth of prostate and prostate tumors, shrinking testicles, reduced sperm production, causing "an existing current prostate cancer to grow more quickly," and "thickening one's blood" through increased hemoglobin and hematocrit.[118]

371. As with women, BioTE fails to inform men that the goal of the Biote Method is to achieve supraphysiologic levels of testosterone.

372. BioTE further fails to inform men and women that "thickening one's blood," also known as erythrocytosis, increases a patient's risk of developing blood clots that can lead to strokes, heart attacks, pulmonary embolism, and other serious, life and limb-threatening complications.

373. BioTE also omits the warning that testosterone use, particularly at supraphysiologic levels, can lead to addiction and withdrawal symptoms.

374. Indeed, the FDA-approved brand of testosterone hormone pellet therapy, Testopel, seeks to achieve physiologic levels of hormones in patients (between 400 and 700), but its warnings and precautions are far more comprehensive.[119]

### I. BioTE Has Defrauded and Injured the Plaintiff and the Public.

375. As a fundamental matter, BioTE has developed and marketed a system dubbed the Biote Method of Hormone Replacement Therapy that is facially dishonest.

376. Contrary to its claims, BioTE does not seek to "replace" patients' hormones.

377. BioTE instead seeks to achieve supraphysiologic levels of testosterone and estrogen in the patients enrolled in the Biote Method.

378. Similarly, BioTE labels entirely normal testosterone and estrogen levels as deficient.

379. BioTE engages in this conduct to expand its Certified Provider network and expand the BioTE patient base.

380. BioTE also dishonestly suggests to the public that BioTE itself manufactures the hormone pellets used in the Biote Method.

381. Through its dishonest and supraphysiologic practices, the self-described "world leader in hormone optimization" has knowingly preyed on a vulnerable group of the population,

---

[118] *Id.*
[119] *Compare id. to "*full Prescribing Information" available at https://testopel.com/dosing.

including those that are struggling with legitimate medical problems entirely unrelated to hormones, those who have genuine hormonal imbalances and deficiencies, and individuals dealing with the natural aging process.

382.   For each cohort of the population, BioTE's proposed solution is a given: "hormone optimization" via supraphysiologic doses of implanted testosterone or estradiol pellets.

383.   For each patient, BioTE asserts that pellet therapy should begin as early in life as possible and continue for the remainder of a patient's life.

384.   Despite a radical therapy that includes raising female testosterone to levels ordinarily seen in males, BioTE has not even bothered to make available to its patients or providers a mechanism to track or report adverse outcomes or complications suffered because of its Method of HRT.

385.   BioTE is and has been motivated by its own financial interests to the disadvantage of the Plaintiff and the general public.

386.   Though providers were not informed to report complications and side effects, BioTE nonetheless received notifications of thousands of adverse events and complications from January 2013 through March 2018, which included over 200 cancer cases (breast, prostate and endometrial), over 100 cases involving blood flow or clotting issues (heart attacks, strokes, and deep vein thrombosis), over 500 cases of cellulitis, and 427 cases of "other" unspecified adverse events.[120]

387.   Out of the 3,584 adverse events that were reported to BioTE, the FDA observed that BioTE only bothered to investigate 62 of those events.[121]

388.   And even when BioTE did investigate the adverse events, BioTE "failed to include the results/findings of the 62 investigations [it] conducted."[122]

389.   As the EIR reveals, the Biote Method has caused injuries and adverse events to thousands of patients over the years, each of whom were promised a "fountain of youth" and none of whom were informed that they were signing up for supraphysiologic dosing of testosterone or estradiol.

---

[120]   *See* EIR, Exhibit B, at 17-18 of 23.
[121]   *Id*. at 17-18 of 23.
[122]   *Id*. at 18 of 23.

390. Thus, each and every patient who has enrolled in the Biote Method has been financially harmed in that they have paid for concierge medical care without the knowledge of the supraphysiologic nature of the hormone therapy or the full spectrum of the risks of such treatment.

391. Moreover, upon information and belief, thousands of patients have suffered serious bodily injury or death due to their hormone therapy treatment through the Biote Method.

392. Because BioTE has assured the public and trained its Certified Providers that serious adverse events and complications were prevented through the Biote Method, BioTE actively and fraudulently concealed from the public and from Biote Method patients the fact that their serious injuries or deaths were related to the Biote Method.

393. The Defendants have failed to provide reasonable warnings or instructions to BioTE's Certified Providers.

394. The unreasonable warnings and instruction given to the BioTE Certified Providers have proximately caused the injuries described herein.

395. The instructions and warnings provided by the Defendants to BioTE Certified Providers were and are intended to influence and do influence the clinical decisions made by BioTE Certified Providers such that the Biote Method as described above is the proximate cause of the Plaintiff's harm.

396. According to the sworn testimony of a medical assistant trained in the BioTE Method who assisted with the Plaintiff's medical provider, BioTE teaches that "all women are chronically lacking in testosterone" such that exactly 100% of all women evaluated were deemed to be candidates for hormone therapy.[123]

397. As the medical assistant explained, if pellet implantations are improper, then BioTE is responsible "because we run everything through the BioTE protocols. . . . We always went with the recommendation."[124]

398. On December 31, 2015, BioTE published an article entitled "BioTE Medical Study Showing Promising Results for Military Veterans Diagnosed with PTSD and TBI."

399. The article states that "a current BioTE Medical Combat Trauma Treatment Study (in conjunctioin with the Veterans Advocacy Center (VAC) is showing promising results in

---

[123] *See* Deposition of Tina Taylor, *Roser v. BioTE, et al.*, (Kanawha County, W. Va. Civil Action No. 21-C-48) at 21-22.
[124] *Id*. at 54.

helping veterans suffering from Post-Traumatic Stress Disorder (PTSD) and Traumatic Brain Injury (TBI)."

400. Donovitz himself is quoted in the article.

401. Upon information and belief, Donovitz wrote or oversaw the publication of this article.

402. However, upon information and belief, the referenced study did not actually occur.

**HEIDI WICHTERICH'S TREATMENT THROUGH THE BIOTE METHOD**

403. In 2016, Heidi was both the patient and the employee of a recently certified BioTE Certified Provider, Dr. Diana Clavin at Camellia City Obstetrics and Gynecology.

404. After Dr. Clavin returned from the BioTE weekend training seminar, she encouraged her employees to have their hormone levels checked to see if they might be candidates for the BioTE Method.

405. Heidi's employer began offering the BioTE Method as a "perk" of employment.

406. Heidi had a BioTE Female New Patient Pre-Pellet Profile of lab work completed on November 3, 2016.

407. According to her lab results, Heidi's total testosterone level was 12 ng/dL.

408. Heidi's lab results indicated that the expected range for her testosterone was less than 50 ng/dL.

409. Heidi's testosterone level was within the expected range.

410. Despite the "expected range," the Pre-Pellet Profile suggested "optimal ranges" for females and referencing www.biotemedical.com for guidelines:

| TEST | RESULTS OUT-OF-RANGE   WITHIN RANGE | UNITS | EXPECTED RANGE |
|------|------|------|------|

```
        To determine normal vs. subnormal Testosterone in
        children and women, consider Total and Free Testosterone,
        Ultrasensitive.
           *** TESTOSTERONE INTERPRETIVE INFORMATION  ***
        GENDER            EVALUATION             UNITS      OPTIMAL RANGE
        ======            ==========             =====      =============
        FEMALE            INITIAL                NG/DL        80-100
        FEMALE            6 WEEKS                NG/DL        150-250
        FEMALE            STEADY STATE           NG/DL        80-120

        NOTE: Optimal range statement represents guidelines for initial
        management.  Individual patients may require titration of dose
        to achieve symptom relief with minimization of side effects.
        (See www.biotemedical.com).
```

411. Despite the fact that her testosterone level was within the normal, expected range, Heidi was deemed a candidate for the BioTE Method of HRT.

412. On November 30, 2016, Heidi's received her first testosterone pellet implantations through the BioTE Method.

413. Heidi was only 37 years old when she received her first testosterone pellets implantations.

414. In addition to the BioTE Method of HRT, Heidi was also prescribed multiple BioTE nutraceuticals.

415. On January 11, 2017, Heidi had bloodwork completed.

416. According to her lab results, Heidi's testosterone level had risen to 292 ng/dL.

417. Heidi's testosterone had reached a supraphysiologic level.

418. Heidi's testosterone was more than six times higher than the highest normal level range indicated on the lab results.

419. Despite her elevated testosterone level, Heidi's BioTE Certified Provider delivered another dose of 175 mg of testosterone via the insertion of two pellets on June 9, 2017; September 13, 2017; and December 19, 2017.

420. On January 30, 2018, Heidi had blood drawn.

421. Heidi's testosterone was still at a supraphysiologic level of 283 ng/dL.

422. Additionally, Heidi's Total Cholesterol was elevated to 239 mg/dL.

423. Heidi's LDL Cholesterol was also elevated to 179 mg/dL.

424. On March 20, 2018, June 26, 2018, and September 18, 2018, Heidi received an additional 175mg doses of testosterone delivered via pellet implantation.

425. At her September 18, 2018, appointment for her pellet insertions, Heidi reported that her hair was thinning and that she was developing hair on her upper lip.

426. In response to Heidi's unwanted hair growth and hair loss, her BioTE Certified Provider prescribed spironolactone.

427. Heidi had complications with her pellet insertion site in October of 2018.

428. Heidi's BioTE Certified provider removed one of the pellets and inserted another.

429. On December 27, 2018, Heidi received two more testosterone pellets delivered via insertion.

430. Heidi had labs drawn again on February 7, 2019.

431. Heidi's lab results revealed that her testosterone level was elevated to a supraphysiologic level of 283 ng/dL.

432.    Heidi's total cholesterol, LDL cholesterol, and triglycerides were all elevated.

433.    Despite Heidi's elevated testosterone and cholesterol, her BioTE Certified Provider implanted testosterone pellets into Heidi on March 21, 2019; June 8, 2019; September 10, 2019; and December 5, 2019.

434.    On January 15, 2020, Heidi had blood drawn for annual labs.

435.    Heidi's testosterone level was 286 ng/dL.

436.    Heidi's total cholesterol and triglycerides were elevated even higher than they had been previously.

437.    Heidi had blood drawn for a lipid panel on January 20, 2020.

438.    Her cholesterol levels remained elevated.

439.    Nonetheless, Heidi's Certified BioTE Provider inserted an additional testosterone pellets on March 4, 2020; May 26, 2020; August 26, 2020; and November 12, 2020.

440.    On January 20, 2021, Heidi had blood drawn for annual labs.

441.    Heidi's testosterone level was 301 ng/dL, still more than six times the expected level.

442.    Both Heidi's hemoglobin and hematocrit were elevated above the normal ranges.

443.    Heidi's cholesterol levels remained elevated.

444.    Again, Heidi's Certified BioTE Provider delivered testosterone via pellet insertions on February 4, 2021, and May 11, 2021.

445.    Heidi's lab results from blood drawn on July 16, 2021, revealed that her cholesterol levels remained elevated.

446.    Heidi an additional 175 mg of testosterone delivered via pellet insertions on August 12, 2021, and November 16, 2021.

447.    Bloodwork performed on November 4, 2021, showed that Heidi's cholesterol remained levels remained elevated.

448.    Heidi received another 175 mg dose of testosterone delivered via pellet insertions on February 16, 2022.

449.    Labs results from blood drawn on April 1, 2022, revealed that Heidi's testosterone level had risen to 356 ng/dL.

450.    Heidi's testosterone level was more than seven times higher than the recommended level.

451. Additional blood work performed in May of 2022 showed that Heidi's cholesterol levels remained elevated.

452. Despite documenting the supraphysiologic level of testosterone of 356 ng/dL Heidi's Procedure Report, Heidi's Certified Medical Provider delivered 175 mg doses of testosterone via pellet implantations on May 11, 2022; August 9, 2022; and November 8, 2022.

453. On December 1, 2022, Heidi had blood drawn.

454. Heidi's testosterone was still at a supraphysiologic level.

455. Again, Heidi's BioTE Certified Provider proceeded with the insertion of 175 mg doses of testosterone via pellet implantations on February 9, 2023, and April 27, 2023.

456. Lab results from blood drawn on April 27, 2023, revealed that Heidi's cholesterol levels remained elevated.

457. Heidi received another two testosterone pellets via implantation July 25, 2023.

458. For her July 25, 2023, dose, Heidi's BioTE Certified Provider increased her dosage to 187.5 mg of testosterone.

459. Heidi received another testosterone pellet implantation on October 17, 2023.

460. During the years that Heidi received the BioTE Method of HRT, the only symptoms or indications for the pellet implantations that were documented on her Pellet Procedure Reports were "fatigue," "tired," "moody," and "gets frustrated and tired."

461. On January 2, 2024, Heidi had a seizure in her home and collapsed.

462. Examinations and extensive evaluation by medical providers revealed that Heidi had suffered an embolic stroke.

463. As a result of her stroke, Heidi suffered from numerous injuries, including persistent headaches, brain fog, forgetfulness, and difficulty conversing with others.

464. Heidi has undergone a cardiovascular workup and had to wear a heart monitor.

465. As a result of her injuries, Heidi was unable to drive or return to work for more than six months.

**JURISDICTION AND VENUE**

466. BioTE has supplied and does supply its hormone therapy, supplements, and related programs and medical products to providers and patients in the State of Louisiana and throughout the entire country.

467.    BioTE's activities within and directed toward the State of Louisiana are sufficiently consistent, purposeful, systematic, and substantial to confer general jurisdiction over them by the courts of Louisiana.

468.    Indeed, BioTE offers the Biote Method of HRT through over eighty separate providers in Louisiana as of December of 2024.[125]

469.    Donovitz's efforts directed toward Louisiana have been similarly consistent, purposeful, systematic, and substantial.

470.    As detailed above, it was Donovitz who personally sought to establish the BioTE Method as a nationwide offering by recruiting both physicians and patients.

471.    In so doing, Donovitz sought out medical providers in Louisiana and urged them to travel to Texas or elsewhere out of state to receive training that could then be utilized when those providers returned to their Louisiana offices to treat Louisianans.

472.    Upon information and belief, Donovitz was personally responsible for either training every BioTE Certified Provider in Louisiana or for developing the training material that introduced and indoctrinated all of Louisiana's BioTE Certified Providers.

473.    For his efforts with BioTE, Donovitz has received or will receive over $70,000,000.

474.    The payments that Donovitz has received and will receive have been the direct result of his efforts to induce physicians and patients to enroll in the Biote Method.

475.    The Plaintiff's claims here arise directly out of Donovitz's efforts, and specifically his efforts in the State of Louisiana.

476.    As described more fully below, the Defendants are and have been intertwined in a systematic, concerted, and fraudulent effort to persuade hundreds of thousands of unsuspecting patients that their every malady is a symptom of suboptimal hormone levels.

477.    As a result, tens of thousands of patients have been provided with entirely unnecessary and dangerous "hormone replacement" therapy through the surgical implantation of hormone therapy pellets designed to achieve supraphysiologic levels of testosterone and estrogen in patients.

478.    The Defendants did not inform Plaintiffs and do not inform the public generally that they seek to achieve supraphysiologic levels of testosterone and estrogen in their patients;

---

[125] *See* BioTE's website, https://biote.com/biote-providers/louisiana (accessed December 20, 2024).

rather, the Defendants falsely market their brand of "hormone replacement" therapy as simply returning patients to previous, naturally occurring levels.

479.    The Defendants' dishonesty has induced patients across Louisiana and around the country to incur significant, out-of-pocket medical expenses without even being aware of the nature of the products that they were purchasing.

480.    Moreover, the Defendants' method of hormone replacement therapy has caused and contributed to thousands of serious injuries to patients across Louisiana and the United States, including serious injuries to the Plaintiffs.

481.    Until BioTE became a publicly traded company in 2022, Donovitz was the majority shareholder, managing member, and President of BioTE – his alter ego; he was the individual who directed, controlled, and ratified all activities, actions, and conduct of the Companies alleged to be wrongful, unlawful, knowing, willful, intentional, and tortious, as more fully set forth herein; and, as such, he is personally liable for all damages and losses sustained by Plaintiffs.

482.    This Court is vested with subject matter and personal jurisdiction over the parties and claims presented in this civil action.

483.    This Court is the proper venue of and for this civil action.

484.    At relevant times, the Defendants, or one or more of them, made representations to the Plaintiffs as to material facts concerning the safety and efficacy of BHRT and the Biote Method in particular.

485.    The material representations by the Defendants were that the Testosterone and Estradiol pellets included as an integral part of the Biote Method were safe, that the hormone levels sought to be achieved in patients through the Biote Method were a return to naturally occurring levels, that the Biote Method would prevent the development of diseases, and that there are and were no serious risks of harm to patients and potential patients.

486.    At all relevant times, Plaintiffs reasonably relied upon the material representations made by the Defendants to them, as stated above, and such representations induced Plaintiffs to enroll in the Biote Method of HRT.

487.    Contrary to the representations made to Plaintiffs concerning the safety and efficacy of the Biote Method and the implantation of hormone-containing pellets, the Defendants have wrongfully, unlawfully, knowingly, willfully, intentionally, and negligently touted the alleged

benefits of the Biote Method while simultaneously minimizing or outright denying the risks of such HRT; consequently, the material representations relied upon by Plaintiffs were, and are, false.

488.    This Court has jurisdiction over the Plaintiffs' claims, as the cause of action arose through the concerted actions committed by the Defendants in St. Tammany Parish, Louisiana, thereby conferring specific jurisdiction over each of them.

## CAUSES OF ACTION ASSERTED
## COUNT I: FRAUD
### *Plaintiffs v. Defendants*

489.    The Plaintiffs hereby incorporate Paragraphs 1 through 488 as though fully set forth herein.

490.    Through the Defendants' actions, which have been set forth in this Complaint, Defendants have intentionally committed fraud upon Heidi.

491.    Plaintiffs relied on the Defendants' fraudulent acts and false representations, generally including the notion that the BioTE Method is safe, effective, and proven to prevent harm and improve patient health.

492.    The Defendants' fraudulent representations were conveyed to Heidi and Kristopher in multiple ways.

493.    During the visits to Dr. Clavin's office, Heidi was provided with information, brochures, and/or pamphlets describing the Biote Method.

494.    Upon information and belief, Donovitz was personally responsible for developing those materials that described the Biote Method.

495.    Additionally, Heidi and Kristopher received information and advice from Dr. Clavin that, upon information and belief, Dr. Clavin had learned directly from Donovitz and BioTE.

496.    Donovitz was responsible for many years for the training of new BioTE practitioners, and he acted as a one-man troubleshooting source for providers who had treatment questions or who experienced complications.

497.    Heidi and Kristopher also accessed BioTE's website to gain information about the BioTE Method.

498.    The information on BioTE's website was and is consistent with the allegations contained herein.

499. The information on BioTE's website originated from Donovitz himself during the time that Heidi was treated through the Biote Method.

500. Lastly, Heidi signed a Female Testosterone and/or Estradiol Pellet Insertion Consent Form ("Consent Form") on nearly all of the occasions that she received testosterone pellet insertions.

501. The Consent Forms were generated by Donovitz and BioTE and provided to Dr. Clavin with the specific intention that Dr. Clavin would use those forms in treating patients like Heidi.

502. Those Consent Forms were presented to Heidi and signed on December 19, 2017; March 20, 2018; June 26, 2018; September 27, 2018; December 27, 2018; March 21, 2019; June 18, 2019; March 4, 2020; May 26, 2020; August 26, 2020; November 13, 2020; February 4, 2021; May 11, 2021; November 16, 2021; February 16, 2022; November 8, 2022; February 9, 2023; April 27, 2023; and July 25, 2023.

503. Each of the Consent Forms makes respresentations consistent with those described above.

504. Specifically, through those forms, BioTE and Donovitz advised Heidi that "[e]strogen and testosterone were made in your ovaries and adrenal gland prior to menopause. Bio-identical hormones have the same effects on your body as your own estrogen and testosterone did when you were younger, without the monthly fluctuations (ups and downs) of menstrual cycles."

505. Contrary to BioTE and Donovitz's representations, the Biote Method does not seek to restore patients to testosterone levels from "when they were younger."

506. Rather, the Biote Method seeks to and achieves supraphysiologic levels of testosterone in its patients, including Heidi.

507. In the Consent Forms, BioTE and Donovitz further explained that Heidi "will have similar risks as you had prior to menopause."

508. With these representations, BioTE and Donovitz falsely equated its hormone therapy to someone naturally producing testosterone and estrogen.

509. BioTE and Donovitz's representations were false and have included the following:

**BioTE Fraudulently Represented What the BioTE Method of HRT is Designed to Do**

510. Defendants purport to balance patients' hormone levels through "hormone optimization" and have indicated or suggested that the BioTE Method of HRT returns patients' hormone levels to natural, normal levels.

511. Defendants' assertions that they are correcting hormonal imbalances by returning patients' hormone levels to natural, normal levels are untrue.

512. Instead, through the Proprietary Dosing Algorithm, BioTE strives to achieve supraphysiologic levels of testosterone and estrogen in the patients enrolled in the Biote Method.

513. The levels of testosterone and estrogen that the Defendants sought to achieve in Heidi was and continues to be well above the medically recommended ranges for these hormones.

514. Plaintiffs were not informed and were unaware that the hormone levels that the Defendants, by and through the BioTE Method of HRT, seek to achieve are supraphysiologic.

515. Plaintiffs relied on the representations made by the Defendants when electing the BioTE Method of HRT as part of their medical treatment.

516. As a result of Plaintiffs' reliance, Plaintiffs have suffered the damages and injuries described herein.

**BioTE Fraudulently Misrepresents that the BioTE Method of HRT Is Individually Tailored for Each Patient.**

517. Defendants also purport that the BioTE Method of HRT provides individualized and personalized doses of hormone therapy that are unique to each individual patient and designed to "optimize" that individual patient's hormone levels.

518. As illustrated above, however, the BioTE Method of HRT does not provide individualized or personalized doses of hormone therapy for patients.

519. Pellets utilized for the BioTE Method of HRT are not unique to each individual recipient.

520. On the contrary, identical pellets are shipped in bulk to Certified BioTE Providers, who then insert them subcutaneously into patients.

521. BioTE seeks to achieve the same supraphysiologic levels of testosterone and estrogen in all patients.

522. No part of the BioTE Method of HRT provided or utilized individualized or personalized doses of hormone therapy to Heidi.

523.    BioTE knew or should have known that Plaintiffs would rely on the statements and assertions that the BioTE Method of HRT was personalized for each individual recipient.

524.    Plaintiffs relied on BioTE's statements and assertions that the BioTE Method provided for personalized doses of hormone therapy.

525.    As a result of their reliance on BioTE's statements and assertions, the Plaintiffs have suffered the injuries and damages described herein.

**BioTE Fraudulently Represents Its Role in the Manufacturing Process of the Pellets**

526.    BioTE maintains that it is an educational and training company that is not involved in the manufacture or distribution or sale of the pellets that are used in the BioTE Method of HRT.

527.    Nonetheless, BioTE has represented to patients that BioTE itself is responsible for manufacturing the pellets that are ultimately implanted into the patients as part of the BioTE Method of HRT.

528.    As illustrated above, Donovitz outright stated that "…*we* make testosterone and estradiol" when describing the manufacturing process of the hormone pellets used in the BioTE Method of HRT in a video that was only recently removed from BioTE's website.

529.    BioTE and its employees also frequently refer to BioTE as the national, worldwide, or industry leader in "hormone optimization."

530.    Defendants knew or should have known that Plaintiffs would rely on the assertions and explicit implications that BioTE itself was manufacturing the pellets used with the BioTE Method of HRT.

531.    Indeed, there is nothing in Heidi's medical record with Camellia City Obstetrics and Gynecology that identified the actual manufacturer of the testosterone pellets placed into Heidi.

532.    As a result of their reliance on the statements and assertions that BioTE manufactured the pellets utilized in the BioTE Method of HRT, the Plaintiffs have suffered the injuries described herein.

**BioTE Fraudulently Represents the Safety and Efficacy of the BioTE Method of HRT**

533.    Defendants have frequently made statements and continue to make statements regarding the safety and efficacy of the BioTE Method of HRT.

534.    Defendants claim that the BioTE Method of HRT is supported by extensive scientific and clinical research.

535. Defendants purport that the BioTE Method of HRT is designed to correct hormonal imbalances in men and women and return their hormones to normal levels.

536. As described above, Defendants' statements regarding the safety and efficacy of the BioTE Method of HRT and the scientific research supporting those statements are untrue.

537. Specifically, BioTE has not conducted any clinical studies and has never even bothered to study the absorption rates of the pellets used in the Biote Method.

538. Moreover, as stated, the Biote Method does not, in fact, seek to return patients to "normal," previously-existing levels of testosterone; rather, BioTE seeks to and does achieve supraphysiological levels of testosterone in patients enrolled in the Biote Method.

539. Heidi relied on BioTE's assurances that the BioTE Method of HRT was designed to return her hormones to normal levels and that the BioTE Method of HRT was safe and supported by scientific research.

540. Defendants knew or should have known that Plaintiffs would rely on BioTE's representations that the BioTE Method of HRT was safe and supported by scientific data.

541. As a result of their reliance on BioTE's statements and assurances, the Plaintiffs have suffered the injuries described herein.

## COUNT II: NEGLIGENCE
### *Plaintiffs v. Defendants*

542. The Plaintiffs hereby incorporate Paragraphs 1 through 541 as though fully set forth herein.

543. Donovitz and BioTE owed a duty to exercise reasonable care to its consumers, including Plaintiffs, in the design, development, manufacture, implementation, testing, promotion, distribution, and/or use of the BioTE Method of HRT.

544. At all times relevant to this Complaint, Defendants owed a duty to exercise reasonable care to the end users of the Biote Method – unsuspecting patients – including Plainiffs and to ensure the safety and efficacy of its products, therapies, and programs.

545. BioTE and Donovitz breached their duty of care in numerous ways, which include, but are not limited to, the following:

    a. In the negligent design, development, research, promotion, testing, marketing, implementation, and/or distribution of the BioTE Method of HRT.

    b. In the negligent design, development, research, promotion, testing, marketing, implementation, and/or distribution of the Proprietary Dosing Algorithm.

c. In the negligent disregard for medically accepted and recommended hormone levels in both men and women.

d. In the negligent disregard for preexisting medical conditions or factors that could result in adverse outcomes for recipients of the BioTE Method of HRT.

e. In the negligent education, instruction, and monitoring of BioTE's Certified Providers.

f. In the negligent failure to report adverse event data to the FDA or the outsourcing facilities that manufactured the pellets used for the BioTE Method of HRT.

g. In the negligent failure to collect accurate data regarding adverse event complaints despite knowledge that thousands of adverse events had indeed occurred.

h. In the negligent failure to warn patients of all possible risks, adverse outcomes, and medical complications that may result from the BioTE Method of HRT and the supraphysiologic levels of testosterone and estrogen that the Plaintiff and Class Members were subjected to as a direct result of the BioTE Method of HRT.

546. The Defendants knew or should have known and foreseen that Plaintiffs would suffer injuries due to the Defendants' failure to exercise reasonable precaution and ordinary care.

547. As a result of the Defendants' negligence and as described more fully herein, the Heidi was unknowingly and deceptively subjected to prolonged periods of supraphysiologic hormone levels within her body, causing Heidi to suffer the injuries described herein.

### COUNT III: MISREPRESENTATION
#### *Plaintiffs v. Defendants*

548. The Plaintiffs hereby incorporate Paragraphs 1 through 547 as though fully set forth herein.

549. Donovitz and BioTE misrepresented several important facts about the BioTE Method and did so in a manner that was designed to – and did – persuade patients and potential patients, including Plaintiffs, to believe that the BioTE Method was safe, to exclude suspicion, and to prevent and discourage inquiry.

550. In particular and as detailed further below, the Defendants represented that the BioTE Method returns hormone levels to naturally existing levels in a manner that prevents harm and does not cause injury.

**BioTE Misrepresented What the BioTE Method of HRT is Designed to Do**

551.   As described above, BioTE misrepresents that the BioTE Method seeks to "optimize" hormone levels by returning men and women's hormones to normal levels.

552.   BioTE's assertion that it returns hormones to normal levels through its hormone "optimization" is untrue.

553.   Instead, the BioTE Method of HRT, when utilized by BioTE Certified Providers, strives to elevate the hormone levels of men and women to supraphysiologic levels.

554.   The Defendants' fraudulent representations were conveyed to Heidi and Kristopher in multiple ways.

555.   At Dr. Clavin's office, Heidi was provided with information, brochures, materials, and/or pamphlets describing the Biote Method.

556.   Additionally, Heidi received information and advice from Dr. Clavin that, upon information and belief, Dr. Clavin had learned directly from BioTE.

557.   Heidi and Kristopher also accessed BioTE's website to gain information about the Biote Method, and that information is consistent with the allegations contained herein.

558.   Lastly, Heidi signed a Female Testosterone and/or Estradiol Pellet Insertion Consent Form on each of the occasions that she received testosterone pellet insertions.

559.   The Consent Forms were generated by BioTE and provided to Dr. Clavin with the specific intention that Dr. Clavin would use those forms in treating patients like Heidi.

560.   Those Consent Forms were presented to Heidi and signed on December 19, 2017; March 20, 2018; June 26, 2018; September 27, 2018; December 27, 2018; March 21, 2019; June 18, 2019; March 4, 2020; May 26, 2020; August 26, 2020; November 13, 2020; February 4, 2021; May 11, 2021; November 16, 2021; February 16, 2022; November 8, 2022; February 9, 2023; April 27, 2023; and July 25, 2023.

561.   Each of the Testosterone Pellet Insertion Consent Forms make representations consistent with those described above.

562.   Specifically, through those forms, BioTE advised Heidi that "[e]strogen and testosterone were made in your avaries and adrenal gland prior to menopause. Bio-identical hormones have the same effects on your body as your own estrogen and testosterone did when you were younger, without the monthly fluctuations (ups and downs) of menstrual cycles."

563. Contrary to BioTE's representations, the Biote Method does not seek to restore patients to testosterone levels from "when they were younger."

564. Rather, the Biote Method seeks to and achieves supraphysiologic levels of testosterone in its patients, including Heidi.

565. In the Consent Forms, BioTE further explained that Heidi "will have similar risks as you had prior to menopause."

566. With these representations, BioTE falsely equated its hormone therapy to someone naturally producing testosterone and estrogen.

567. Donovitz further represents that the BioTE Method is intended to return women's hormone levels to what they were at a time in their lives when women felt their best.

568. BioTE's statements and assertions related to the hormone levels that they strive to achieve in patients like Heidi with the BioTE Method of HRT are clear misrepresentations.

569. BioTE should have known that these statements were misrepresentative of material facts regarding the BioTE Method of HRT.

570. BioTE should have known that these statements would induce Plaintiffs to consent to BioTE's Method of HRT.

571. At all times relevant to this Complaint, Plaintiffs were induced to rely upon the misrepresentations made by Defendants.

572. As a result of Plaintiffs' reliance on Defendants' misrepresentations regarding the levels at which BioTE seeks to "optimize" hormones, the Plaintiffs have suffered the injuries described herein.

**BioTE Misrepresents that the BioTE Method of HRT Is Individually Tailored to Each Patient.**

573. Defendants purport that the BioTE Method provides "individualized," "personalized," and "optimized" doses of hormone therapy to patients.

574. As illustrated above, however, the BioTE Method of HRT does not provide individualized or personalized hormone therapy for patients.

575. Pellets utilized for the BioTE Method are not unique to each individual patient.

576. Identical pellets are shipped in bulk to Certified BioTE Providers, who then insert them subcutaneously into the patients.

577. No part of the BioTE Method utilizes individualized or personalized doses of hormone therapy for Heidi.

578. BioTE should have known that Plaintiffs would rely on these statements and assertions.

579. Plaintiffs relied on BioTE's statements and assertions that the BioTE Method provided for personalized doses of hormone therapy.

580. As a result of their reliance on BioTE's statements and assertions, the Plaintiffs have suffered the injuries and damages described herein.

**BioTE Misrepresents Its Role in the Manufacturing of the Pellets**

581. BioTE has not been responsible for the manufacturing of the hormone pellets utilized with the BioTE Method of HRT since its inception until March of 2024.

582. Nonetheless, BioTE has represented to patients that BioTE itself is responsible for manufacturing the pellets that are ultimately implanted into the patients as part of the BioTE Method of HRT.

583. BioTE's own founder, Donovitz, outright stated that "…*we* make testosterone and estradiol" when describing the manufacturing process of the hormone pellets used in the BioTE Method in a video that was only recently removed from BioTE's website.

584. BioTE and its employees also frequently refers to BioTE as the national, worldwide, or industry leader in "hormone optimization."

585. Defendants should have known that Plaintiffs would rely on the assertions and explicit implications that BioTE itself was manufacturing the pellets used with the BioTE Method of HRT.

586. As a result of Plaintiffs' reliance on the statements and assertions that BioTE made, the Plaintiffs have suffered the injuries described herein.

**BioTE Misrepresents the Safety of the BioTE Method of HRT**

587. Defendants have frequently made statements regarding the safety and efficacy of the BioTE Method of HRT.

588. These statements have been described in detail above both as to those conveyed to the public at large and to Heidi in particular.

589. Defendants claim that the BioTE Method of HRT is supported by extensive scientific and clinical research and that the BioTE Method of HRT is designed to correct hormonal imbalances in men and women by returning their hormones to normal levels.

590. As described above, Defendants' statements regarding the safety and efficacy of the BioTE Method of HRT are untrue.

591. As described above, Defendants' statements about the scientific and clinical research that supports the BioTE Method are also untrue.

592. Plaintiffs relied on BioTE's assurances that the BioTE Method of HRT was being used to return his hormones to normal levels, that the BioTE Method of HRT was safe, and that the BioTE Method of HRT was supported by scientific research.

593. Defendants should have known that Plaintiffs would rely on BioTE's representations.

594. As a result of their reliance on BioTE's statements and assurances, Plaintiffs have suffered the injuries described herein.

## COUNT IV: FAILURE TO WARN
### *Plaintiffs v. Defendants*

595. The Plaintiffs hereby incorporate Paragraphs 1 through 594 as though fully set forth herein.

596. At all times relevant to this Claim, Donovitz and BioTE have held themselves out to be the manufacturer of the hormone pellets used in the Biote Method.

597. Donovitz and BioTE had a duty to fully and completely warn Plaintiffs of risks and dangers associated with the BioTE Method of HRT.

598. In particular, the Defendants failed to warn Heidi that she was being subjected to supraphysiological doses of testosterone and that such treatment could cause her to suffer from seizures and strokes.

599. At all times relevant to this Complaint, Defendants knew or should have known that the BioTE Method of HRT was dangerous or likely to be dangerous when utilized in the manner that Defendants intended.

600. Heidi, who received HRT in accordance with the BioTE Method, had no reason to realize the full extent of possible dangers.

601. Defendants failed to exercise reasonable care to inform Plaintiffs of the possible dangers of the BioTE Method of HRT or of the facts that made it likely to be dangerous.

602. As of result of the Defendants' actions, the Plaintiffs have suffered the injuries and damages set forth herein.

## COUNT V: PRODUCTS LIABILITY
### *Plaintiffs v. Defendants*

603.    The Plaintiffs hereby incorporate Paragraphs 1 through 602 as though fully set forth herein.

604.    At all times relevant to this Claim, Donovitz and BioTE placed the Biote Method of HRT on the market to be distributed throughout Louisiana and around the country in an unreasonably dangerous condition.

605.    At all times relevant to this Claim, Donovitz and BioTE have held themselves out to be the manufacturer of the hormone pellets used in the Biote Method.

606.    The unreasonably dangerous condition of the BioTE Method of HRT – including, but not limited to, the Algorithm and its goal of recommending and achieving unsafe, supraphysiological levels of testosterone in Heidi – existed when BioTE provided it to Certified BioTE Providers, as set forth in the preceding paragraphs, and in the following respects:

    a.  Unreasonably dangerous in its construction and/or composition;

    b.  Unreasonably dangerous in its design;

    c.  Unreasonably dangerous due to inadequate warnings;

    d.  Unreasonably dangerous because it fails to conform to express warranties.

These characteristics, which rendered it unreasonably dangerous, existed at the time it left the control of the manufacturer or resulted from a reasonably anticipated alteration or modification.

607.    The unreasonably dangerous condition of the BioTE Method of HRT caused the Plaintiffs to suffer the injuries and damages described herein.

## COUNT VI: FRAUDULENT CONCEALMENT
### *Plaintiffs v. Defendants*

608.    The Plaintiffs hereby incorporates Paragraphs 1 through 607 as though fully set forth herein.

609.    The Defendants concealed and suppressed material facts about the safety and efficacy of the BioTE Method of HRT.

610.    The Defendants engaged in this concealment and suppression in several ways, including recruiting and training medical providers to implement the BioTE Method; training staff members of medical providers on the BioTE Method; and providing false, inaccurate, or misleading publications or advertisements about the BioTE Method.

611.    The Defendants knew that the BioTE Method of HRT was not intended to return

individuals' hormone levels to a normal level but instead sought to achieve supraphysiologic levels of testosterone and estrogen.

612.   Plaintiffs could not have reasonably discovered the truth about the BioTE Method of HRT through diligence.

613.   BioTE intentionally concealed this information about its Method of HRT to mislead Plaintiffs and other current and potential patients.

614.   BioTE had a duty to disclose information about what the BioTE Method of HRT was designed to accomplish and to make potential pellet recipients aware of the potential risks and side effects of the BioTE Method of HRT.

615.   BioTE breached that duty.

616.   As a result, Plaintiffs were misled about the safety and efficacy of the BioTE Method of HRT.

617.   If these material facts about the BioTE Method of HRT had not been concealed from Heidi, she would have been able to make informed decisions about her healthcare.

618.   Heidi was unable to make informed decision about her healthcare due to BioTE's concealment.

619.   BioTE and Donovitz enjoyed financial gain by concealing the risks associated with the Biote Method and preventing Heidi from making informed decisions about her healthcare.

620.   As a result, the Plaintiffs suffered the injuries described herein.

## COUNT VII: BREACH OF EXPRESS WARRANTY
### Plaintiffs v. Defendants

621.   The Plaintiffs hereby incorporate Paragraphs 1 through 620 as though fully set forth herein.

622.   At all times relevant to this Claim, Donovitz and BioTE purported to have tested, studied, researched, designed, inspected, and formulated the BioTE Method of HRT that Heidi received.

623.   At all times releveant to this Claim, Donovitz and BioTE have held themselves out to be the manufacturer of the hormone pellets used in the Biote Method.

624.   BioTE expressly warranted that the BioTE Method of HRT was a safe and effective method for correcting hormonal "imbalances" or "deficiencies."

625.   At the time that the Defendants manufactured, marketed, promoted, and/or distributed the BioTE Method of HRT, they knew that it was intended for use in individuals like

Heidi.

626.    Heidi was a foreseeable user of the BioTE Method of HRT.

627.    The express warranties represented by BioTE were part of the basis for Heidi's decision to choose the BioTE Method of HRT.

628.    Plaintiffs relied on these warranties.

629.    Donovitz and BioTE conveyed its warranties to Heidi directly through the use of BioTE's standardized forms presented through the Biote Method.

630.    At the time BioTE made its express warranties, BioTE had knowledge of the purpose for which its Method of HRT was to be used and warranted the same to be in all respects safe, effective, and proper for such purpose.

631.    The BioTE Method does not conform to these express representations as demonstrated by the fact that Heidi's hormones were intended to reach supraphysiologic levels.

632.    The BioTE Method further fails to confirm to the express representations because it is not safe and effective.

633.    Plaintiffs reasonably relied on BioTE's express warranties.

634.    Heidi used the BioTE Method of HRT for its intended purpose and in a reasonably foreseeable manner.

635.    As a direct and proximate result of BioTE's acts and omissions, including breach of express warranty, Heidi received the BioTE Method of HRT, and sustained serious personal injuries.

636.    As a direct and proximate result of Heidi's injuries, the Plaintiffs have suffered damages, including pain and suffering, mental anguish, medical expenses, lost wages, and loss of earning capacity.

## COUNT XIII: BREACH OF IMPLIED WARRANTIES
### *Plaintiffs v. Defendants*

637.    The Plaintiffs hereby incorporate Paragraphs 1 through 636 as though fully set forth herein.

638.    At all times relevant to this Claim, Donovitz and BioTE purported to have tested, studied, researched, designed, inspected, and formulated the BioTE Method of HRT that Heidi received.

639.    BioTE impliedly warranted, through its marketing, advertising, distributors, and sales representatives, that the BioTE Method of HRT was of merchantable quality and fit for the

ordinary purposes and uses for which it was intended.

640. In fact, the BioTE Method of HRT was not of merchantable quality nor fit for the ordinary purposes and uses for which it was sold and did not meet the expectations of consumers.

641. The BioTE Method of HRT created and supplied by Defendants was not of merchantable quality and was not fit for the ordinary and/or particular purpose for which it was intended.

642. The Defendants impliedly warranted that the BioTE Method was safe and would not cause Heidi harm.

643. BioTE warranted that the BioTE Method would cause the Heidi's testosterone levels to rise from a low and unhealthy level to a higher, safe, and physically protective level.

644. In fact, the BioTE Method caused the Heidi's testosterone level to rise to an unsafe, dangerous level that caused her serious injuries.

645. Plaintiffs reasonably relied upon the skill and judgment of BioTE as to whether the BioTE Method of HRT was of merchantable quality and safe for its intended and particular use and purpose.

646. Contrary to such implied warranties and as described herein, the BioTE Method of HRT was not of merchantable quality or safe for its intended and particular use and purpose.

647. As a direct and proximate result of Defendants' acts and omissions, including breach of implied warranties, Heidi received HRT in accordance with the BioTE Method and sustained serious personal injuries.

648. As a direct and proximate result of Heidi's injuries, the Plaintiff have suffered damages, including pain and suffering, mental anguish, medical expenses, lost wages, and loss of earning capacity.

## COUNT IX: LOSS OF CONSORTIUM
### *Kristopher Wichterich v. Defendants*

649. Plaintiffs hereby incorporate Paragraphs 1 through 648 as though fully set forth herein.

650. As a result of Heidi's injuries, Heidi's husband, Kristopher, has suffered a loss of consortium, companionship, relations, services, society, love and affection, support, comfort, and enjoyment of life.

## DAMAGES

651.    As a result of the forgoing, plaintiff, Heidi Wichterich, has sustained the following non-exclusive elements of damages:

a.  Physical pain, suffering, and anguish (past, present and future);

b.  Mental fright, shock, fear and anguish, anxiety, depression, and emotional distress (past, present and future);

c.  Medical, rehabilitative, and support expenses (past, present and future);

d.  Loss of enjoyment of life (past, present and future);

e.  Temporary or permanent disfigurement and/or disability (past, present, and future);

f.  Lost earnings and/or earning capacity (past, present, and future) and

g.  Other elements of damages, which will be demonstrated with particularity at the trial of this matter.

652.    As a result of the forgoing, plaintiff, Kristopher Wichterich, has sustained the following non-exclusive elements of damage:

a.  Loss of consortium, including, but not limited to:

i.  Loss of companionship;

ii.  Loss or impairment of physical and/or emotional relations;

iii.  Loss of services;

iv.  Loss of society;

v.  Loss or love and affection;

vi.  Strain on the marriage;

vii.  Loss of support;

viii.  Loss of comfort; and

ix.  Enjoyment of life.

## REQUEST FOR A JURY

653.    For the purpose of establishing the threshold for a trial by jury, the value of plaintiffs' claims exceeds $10,000.00.

654.    Plaintiffs pray for and are entitled to a trial by jury.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiffs, **Heidi Wichterich** and **Kristopher Wichterich**, pray that defendants be served with this petition, and, after being duly cited to appear and answer same and

63

the expiration of all legal delays and due proceedings are had there be judgment rendered herein in favor of plaintiffs, **Heidi Wichterich** and **Kristopher Wichterich**, and against defendants **Biote Corp., BioTE Holdings, LLC, BioTE Medical, LLC,** and **Gary Donovitz, M.D**., jointly and in solido, for such damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of these proceedings, attorneys fees, disgorgement of profits, and such equitable relief to which plaintiff may be entitled.

Respectfully Submitted:

Gordon McKernan Injury Attorneys

*/s/ Matt N. Terrell*
**MATT N. TERRELL**, (#29442)
5656 Hilton Avenue
Baton Rouge, LA 70808
Telephone: (225) 465-5952
Facsimile (225) 490-4513
Email: mterrell@getgordon.com
Counsel for Plaintiffs

*/s/ Brian J. Headley*
Brian J. Headley, Esquire
Pro Hac Vice Motion To Be Filed
**HEADLEY LAW FIRM LLC**
297 Seven Farms Drive, Suite 302
Daniel Island, SC 29492
Tel.: (843) 375-6181
Fax: (843) 375-6185
brian@headleyfirm.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 1st day of April 2025, that I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send notification of such filing to all enrolled counsel of record.

*/s/ Brian J. Headley*
Brian J. Headley

64