**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**HEIDI WICHTERICH and**
**KRISTOPHER WICHTERICH,**

      **Plaintiffs,**

**v.**                                                                    **Civil Action No. 2:25-cv-00475**
                                                                            **Judge Susie Morgan**
**BIOTE CORP., BIOTE HOLDINGS,**                **Section E**
**LLC, BIOTE MEDICAL, LLC, and**                   **Magistrate Judge Michael North**
**GARY S. DONOVITZ, M.D.,**                            **Division 5**

      **Defendants.**

**PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION**
**OF BIOTE CORP., PURSUANT TO RULE 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiffs, Heidi Wichterich and Kristopher Wichterich, by counsel, will take the deposition of biote Corp. to testify on the limited topics below.  The deposition will commence at 1:00 p.m. CST on June 24, 2025, at NYLO Las Colinas Hotel, 1001 West Royal Lane in Irving, Texas, and will continue from day to day thereafter, excluding weekends and holidays, until it is completed.   Biote Corp. ("Corp"), shall designate and make available one or more officers, directors, managing agents, or other persons who consent to testify on its behalf with respect to the following limited topics:

1.      Corp's corporate structure.

2.      Corp's business purpose.

3.      Corp's governance, including its relationship with BioTE Holdings, LLC ("Holdings") and BioTE Medical, LLC ("Medical").

1

4. Individuals who have served as officers, directors, and/or managers of Corp from 2015 to the present, including anyone who has simultaneously served as an officer, director, and/or manager of Holdings or Medical.

5. Financial relationships between Corp, Medical, and Holdings from 2015 to present, including intercompany loans, capital contributions, distributions, and profit-sharing.

6. SEC filings, press releases, investor presentations, and public communications drafted or filed by Corp.

7. Role of Corp in developing the BioTE Method of BHRT or the BioTE Certified Provider program.

8. Involvement of Corp in reviewing or approving clinical standards, training materials, marketing, and/or operational protocols used by Medical.

9. Liability insurance policies held by Corp from 2015 to present, including those represented in SEC filings or public statements regarding liability coverage.

10. Centralized services, including, but not limited to, accounting, legal, information technology, and/or human resources, administered or funded by Corp for the benefit of Holdings or Medical.

11. Employees or contractors shared between Corp, Medical, and/or Holdings, including reporting structure, compensation, and functional responsibilities.

12. Involvement of Corp in approving or structuring the $150,000,000 debt incurred by Medical, including any related guarantees or financial oversight by Corp.

13. Management, control, and/or operation of www.biote.com, including content, hosting, and/or funding.

2

14. Use of any Corp property, brand assets, intellectual property, and/or assets by Medical and terms of any agreement or agreement governing that use.

15. Internal communications or memoranda relating to corporate identity, separateness, or integration of Corp, Holdings, and Medical.

16. Use of property, brand assets, intellectual property, and/or office space owned or controlled by Corp in connection with Medical Operations.

17. Corp's responses to Plaintiffs' First Combined Limited Discovery Requests.

Corp is requested to provide Plaintiffs' counsel with the name, position, and/or title of the person(s) who will testify on its behalf concerning each topic listed above on or before June 17, 2025. All documents referenced should be brought by the representative(s) to the deposition.

The deposition will be conducted by oral examination and will be stenographically transcribed and/or recorded via audio and/or video before a court reporter who is authorized to administer oaths, who will thereafter transcribe the deposition.

Respectfully submitted,


*/s/ Matt N. Terrell*
Matt N. Terrell (#29442)
**GORDON McKERNAN INJURY ATTORNEYS**
5656 Hilton Avenue
Baton Rouge, LA 70808
Tel.: (225) 465-5952
Fax: (225) 490-4513
mterrelll@getgordon.com
*Counsel for Plaintiffs*

*/s/ Brian J. Headley*
Brian J. Headley, Esquire (*Trial Attorney*)
**HEADLEY LAW FIRM LLC**
297 Seven Farms Drive, Suite 302
Daniel Island, SC 29492
Tel.: (843) 375-6181
Fax: (843) 375-6185

brian@headleyfirm.com
*Counsel for Plaintiffs*

4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**HEIDI WICHTERICH and**
**KRISTOPHER WICHTERICH,**

     **Plaintiffs,**

**v.**                                                                                **Civil Action No. 2:25-cv-00475**
                                                                                      **Judge Susie Morgan**
**BIOTE CORP., BIOTE HOLDINGS,**                       **Section E**
**LLC, BIOTE MEDICAL, LLC, and**                        **Magistrate Judge Michael North**
**GARY S. DONOVITZ, M.D.,**                                 **Division 5**

     **Defendants.**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the ***Notice of Videotaped Deposition of biote Corp., Pursuant to Rule 30(b)(6)*** was served via email and/or regular mail on this 13th day of June 2025 to the following counsel of record:

| | |
|---|---|
| Francis H. Brown III, Esquire<br>**MCGLINCHEY STAFFORD**<br>601 Poydras Street, Suite 1200<br>New Orleans, LA 70130<br>fbrown@mcglinchey.com<br>*Counsel for Gary S. Donovitz, M.D.* | William A. Brewer III, Esquire<br>Claiborne R. Hane, Esquire<br>**BREWER, ATTORNEYS &**<br>**COUNSELORS**<br>750 Lexington Avenue, 14th Floor<br>New York, NY 10022<br>wab@brewerattorneys.com<br>clh@brewerattorneys.com<br>*Counsel for Gary S. Donovitz, M.D.* |
| Matthew W. Bailey, Esquire<br>**IRWIN FRITCHIE URQUHART MOORE**<br>**& DANIELS LLC**<br>450 Laurel Street, Suite 1150<br>Baton Rouge, LA 70801<br>mbailey@irwinllc.com<br>*Counsel for biote Corporation, BioTE*<br>*Holdings, LLC, BioTE Medical LLC* | Gabrielle C. Broders, Esquire<br>**IRWIN FRITCHIE URQUHART MOORE**<br>**& DANIELS LLC**<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>gbroders@irwinllc.com<br>*Counsel for biote Corporation, BioTE*<br>*Holdings, LLC, BioTE Medical LLC* |

5

Kurt D. Weaver, Esquire
**SHOOK, HARDY & BACON L.L.P.**
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
kweaver@shb.com
*Counsel for biote Corporation, BioTE Holdings, LLC, BioTE Medical LLC*

Morgan E. Kelley, Esquire
**MCGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
mkelley@mcglinchey.com
*Counsel for Gary S. Donovitz, M.D.*

*/s/ Brian J. Headley*
Brian J. Headley, Esquire

6