**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**HEIDI WICHTERICH and**
**KRISTOPHER WICHTERICH,**

      **Plaintiffs,**

v.                                  **Civil Action No. 2:25-cv-00475**
                                       **Judge Susie Morgan**

**BIOTE CORP., BIOTE HOLDINGS,**    **Section E**
**LLC, BIOTE MEDICAL, LLC, and**    **Magistrate Judge Michael North**
**GARY S. DONOVITZ, M.D.,**          **Division 5**

      **Defendants.**

**PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION**
**OF BIOTE HOLDINGS, LLC, PURSUANT TO RULE 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, the Plaintiffs, Heidi Wichterich and Kristopher Wichterich, by counsel, will take the

deposition of BioTE Holdings, LLC, to testify on the limited topics below.  The deposition will

commence at 1:00 p.m. CST on June 24, 2025, at NYLO Las Colinas Hotel, 1001 West Royal

Lane in Irving, Texas, and will continue from day to day thereafter, excluding weekends and

holidays, until it is completed.  BioTE Holdings, LLC ("Holdings"), shall designate and make

available one or more officers, directors, managing agents, or other persons who consent to testify

on its behalf with respect to the following limited topics:

    1.      Holdings' corporate structure.

    2.      Holdings' business purpose.

    3.      Holdings' governance, including its relationship with BioTE Medical, LLC

("Medical"), and biote Corp. ("Corp").

1

4. Individuals who have served as officers, directors, and/or managers of Holdings, from 2015 to the present, including anyone who has simultaneously served as an officer, director, and/or manager of Medical or Corp.

5. Financial relationships between Holdings, Medical, and Corp from 2015 to present, including intercompany loans, capital contributions, distributions, and profit-sharing.

6. Role of Holdings in overseeing, managing, and/or overseeing clinical operations, training programs, marketing, or business development of Medical.

7. Involvement in Holdings, in creating and/or administering the BioTE Method of BHRT or the BioTE Certified Provider program.

8. Centralized services, including, but not limited to, accounting, legal, information technology, and/or human resources, provided or managed by Holdings on behalf of Medical or Corp.

9. Employees or contractors shared between Holdings, Medical, and/or Corp, including reporting structure, compensation, and functional responsibilities.

10. Role of Holdings in Medical's $150,000,000 loan.

11. Use of property, brand assets, intellectual property, and office space owned or controlled by Holdings in connection with Medical's operations.

12. Internal communications and/or strategic planning regarding corporate structure, operational integration, and division of responsibilities between Holdings, Medical, and Corp.

13. Management and coordination of financial reporting or accounting functions across Holdings in relation to Medical and Corp.

14. Role of Holdings in the creation or review of public-facing materials that describe operations of Medical or the BioTE Method of BHRT.

15. Holdings' responses to Plaintiffs' First Combined Limited Discovery Requests to Holdings.

Holdings is requested to provide Plaintiffs' counsel with the name, position, and/or title of the person(s) who will testify on its behalf concerning each topic listed above on or before June 17, 2025. All documents referenced should be brought by the representative(s) to the deposition.

The deposition will be conducted by oral examination and will be stenographically transcribed and/or recorded via audio and/or video before a court reporter who is authorized to administer oaths, who will thereafter transcribe the deposition.

Respectfully submitted,


/s/ Matt N. Terrell
Matt N. Terrell (#29442)
**GORDON McKERNAN INJURY ATTORNEYS**
5656 Hilton Avenue
Baton Rouge, LA 70808
Tel.: (225) 465-5952
Fax: (225) 490-4513
mterrelll@getgordon.com
*Counsel for Plaintiffs*


/s/ Brian J. Headley
Brian J. Headley, Esquire (*Trial Attorney*)
**HEADLEY LAW FIRM LLC**
297 Seven Farms Drive, Suite 302
Daniel Island, SC 29492
Tel.: (843) 375-6181
Fax: (843) 375-6185
brian@headleyfirm.com
*Counsel for Plaintiffs*

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**HEIDI WICHTERICH and**
**KRISTOPHER WICHTERICH,**

       **Plaintiffs,**

v.                                                      **Civil Action No. 2:25-cv-00475**
                                        **Judge Susie Morgan**

**BIOTE CORP., BIOTE HOLDINGS,**               **Section E**
**LLC, BIOTE MEDICAL, LLC, and**               **Magistrate Judge Michael North**
**GARY S. DONOVITZ, M.D.,**                    **Division 5**

       **Defendants.**

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a true and correct copy of the ***Notice of Videotaped Deposition of BioTE Holdings, LLC, Pursuant to Rule 30(b)(6)*** was served via email and/or regular mail on this 13th day of June 2025 to the following counsel of record:

| | |
|---|---|
| Francis H. Brown III, Esquire<br>**MCGLINCHEY STAFFORD**<br>601 Poydras Street, Suite 1200<br>New Orleans, LA 70130<br>fbrown@mcglinchey.com<br>*Counsel for Gary S. Donovitz, M.D.* | William A. Brewer III, Esquire<br>Claiborne R. Hane, Esquire<br>**BREWER, ATTORNEYS &**<br>**COUNSELORS**<br>750 Lexington Avenue, 14th Floor<br>New York, NY 10022<br>wab@brewerattorneys.com<br>clh@brewerattorneys.com<br>*Counsel for Gary S. Donovitz, M.D.* |
| Matthew W. Bailey, Esquire<br>**IRWIN FRITCHIE URQUHART MOORE**<br>**& DANIELS LLC**<br>450 Laurel Street, Suite 1150<br>Baton Rouge, LA 70801<br>mbailey@irwinllc.com<br>*Counsel for biote Corporation, BioTE Holdings, LLC, BioTE Medical LLC* | Gabrielle C. Broders, Esquire<br>**IRWIN FRITCHIE URQUHART MOORE**<br>**& DANIELS LLC**<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>gbroders@irwinllc.com<br>*Counsel for biote Corporation, BioTE Holdings, LLC, BioTE Medical LLC* |

4

Kurt D. Weaver, Esquire
**SHOOK, HARDY & BACON L.L.P.**
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
kweaver@shb.com
*Counsel for biote Corporation, BioTE*
*Holdings, LLC, BioTE Medical LLC*

Morgan E. Kelley, Esquire
**MCGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
mkelley@mcglinchey.com
*Counsel for Gary S. Donovitz, M.D.*

*/s/ Brian J. Headley*
Brian J. Headley, Esquire